%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

CINDY L. BALAS, a/k/a CINDY L. ADKINS,
Executrix of the Estate of
CORPORAL JOHN J. BALAS
V.

**SUMMONS IN A CIVIL CASE**

STANLEY W. TAYLOR, JR. in his official
capacity as the Commissioner of Correction;
ALAN MACHTINGER, individually and in his
official capacity as the Director of Human Resources of
the Department of Correction; MICHAEL DELOY,
individually and in his official capacity as the Deputy
Warden of Sussex Correctional Institution; CAPTAIN
DAVID WILKINSON, individually; LIEUTENANT
TRUMAN MEARS, individually; and
DEPARTMENT OF CORRECTION OF THE STATE
OF DELAWARE

CASE NUMBER:    0 6 - 5 9 2

TO: (Name and address of Defendant)

**MICHAEL DELOY, Deputy Warden**
**Sussex Correctional Institution**
**Route 113**
**P.O. Box 500**
**Georgetown, DE 19947**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Thomas S. Neuberger, Esquire**
**The Neuberger Firm, P.A.**
**Two East Seventy Street, Suit 302**
**Wilmington, Delaware 19801**

**Phone: 302-655-0582**
**Fax: 302-655-9329**

an answer to the complaint which is served on you with this summons, within _____**TWENTY**_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

SEP 2 5 2006

CLERK

_Evette Watson_

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 1/17/07 @ 12:54 p.m. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| ROBERT DELACY, III | SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): __SERVED CAPT. FLAHERTY, AUTHORIZED TO ACCEPT SERVICE__
__(White male, white hair, glasses, mustache, 6'4", 200 lbs, 55 Years old)__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/17/07___          _Robert Delacy_ (signature) _____

            Date          *Signature of Server*

                       D. M. PROFESSIONAL SERVICES
                       5 Orchard Lane
                       Wilmington, DE   19809

                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.