# UNITED STATES DISTRICT COURT

District of     DELAWARE

CINDY L. BALAS, a/k/a CINDY L. ADKINS,
Executrix of the Estate of
CORPORAL JOHN J. BALAS
V.

STANLEY W. TAYLOR, JR. in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; MICHAEL DELOY, individually and in his official capacity as the Deputy Warden of Sussex Correctional Institution; CAPTAIN DAVID WILKINSON, individually; LIEUTENANT TRUMAN MEARS, individually; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE

SUMMONS IN A CIVIL CASE

CASE NUMBER:    0 6 - 5 9 2

TO: (Name and address of Defendant)

    ALAN MACHTINGER
    DOC Central Administration Building
    245 McKee Road
    Dover, Delaware 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Thomas S. Neuberger, Esquire
    The Neuberger Firm, P.A.
    Two East Seventy Street, Suit 302
    Wilmington, Delaware 19801

    Phone: 302-655-0582
    Fax: 302-655-9329

an answer to the complaint which is served on you with this summons, within **TWENTY** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            SEP 2 5 2006

CLERK                                     DATE

_(signature)_

(By) DEPUTY CLERK

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>1/17/07 @ 11:26 am |
| NAME OF SERVER *(PRINT)*<br>ROBERT DELACY, III | TITLE<br>SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __SERVED JAMIE TUCZYNSKI, AUTHORIZED TO ACCEPT SERVICE__
  __(white female, brown hair, 5'8", 180 lbs, 26 yrs. old)__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/17/07
              Date

*Signature of Server*

D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE  19809

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.