## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINDY L. ADKINS, Executrix of the Estate of JOHN J. BALAS, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C. A. No. 06-0592-JJF ) |
| STANLEY W. TAYLOR, JR., ALAN MACHTINGER, MICHAEL DELOY, DAVID WILKINSON, TRUMAN MEARS, and the DEPARTMENT OF CORRECTION of the STATE OF DELAWARE, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Stacey Xarhoulakos, Esquire, Deputy Attorney General, on behalf of the defendants in the above captioned matter.

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos (ID#4667)
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400

DATED: February 7, 2007

1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CINDY L. ADKINS,** | ) | |
| **Executrix of the Estate** | ) | |
| **of JOHN J. BALAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | C. A. No. 06-0592-JJF |
| | ) | |
| **STANLEY W. TAYLOR, JR.,** | ) | |
| **ALAN MACHTINGER,** | ) | |
| **MICHAEL DELOY,** | ) | |
| **DAVID WILKINSON,** | ) | |
| **TRUMAN MEARS, and the** | ) | |
| **DEPARTMENT OF CORRECTION** | ) | |
| **of the STATE OF DELAWARE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on February 7, 2007, she caused the attached Entry of Appearance to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

                                                  /s/ Stacey Xarhoulakos
                                                Stacey Xarhoulakos (ID#4667)
                                                Deputy Attorney General
                                                Carvel State Office Building
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE 19801
                                                (302) 577-8400
                                                Attorney for Defendants