# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE
CHERYL A. HERTZOG, ESQUIRE*
\*(Licensed in PA and NJ only)

PHONE: (302) 655-0582
FAX: (302) 655-9329

March 9, 2007

**Via CM/ECF Filing**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:    **Balas v. Taylor, et al.,** C.A. No. 06-592-JJF

Dear Judge Farnan:

Pursuant to the Court's letter dated February 26, 2007, enclosed is the parties' joint proposed Rule 16 Scheduling Order.

Plaintiff requests a jury trial in this matter.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:    Ralph Durstein, Esquire (via CM/ECF)

Balas \ Letters \ Farnan.01