IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS, Executrix of the Estate of CORPORAL JOHN J. BALAS, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A.No. 06-592-JJF |
| STANLEY W. TAYLOR, JR., individually and in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; MICHAEL DELOY, individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; CAPTAIN DAVID WILKINSON, individually; LIEUTENANT TRUMAN MEARS, individually; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE, | : : : : : : : : : : : : : : : : | Jury Trial Demanded |
| Defendants. | : | |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligation under Fed. R. Civ. P. 26(f),,

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by April 13, 2007 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before April 30, 2007.

3.  **Discovery**.

    (a). Exchange and completion of interrogatories, identification of all fact witnesses, document production and all other discovery shall be commenced so as to be completed by  December 31, 2007.

    (b). Maximum of  50  interrogatories by each party to any other party.

    (c). Maximum of  25  requests for admission by each party to any other party.

    (d). Maximum of  12  depositions by plaintiff and  12  depositions by defendants.

    (e). Reports from retained experts required by Fed.R.Civ.P. 26(a)(2) are due from the parties by October 29, 2007.  Any rebuttal expert reports are due by  November 29, 2007.

    (f). Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

4.  **Discovery Disputes**.

    (a). A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

    (b). All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

    (c). Upon receipt of the Answer, the movant shall notify Chambers by e-mail at

jjf_civil@ded.uscourts.gov. that the parties have completed briefing.

(d). Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e). There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

5. **Confidential Information and Papers Filed Under Seal.** Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within 30 days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

If after making a diligent effort the parties are unable to agree on the contents of the joint proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 4 above.

6. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before  April 30, 2007.

7. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before  January 31, 2008.   Briefing shall be pursuant to D.Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

8. **Applications by Motion.**

(a). Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with Federal Rules of Civil Procedure and the Local Rules of Civil

Practice and Procedure for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Briefs shall be limited to no ore than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

      (b). No facsimile transmissions will be accepted.

      (c). No telephone calls shall be made to Chambers.

      (d). Any party with a true emergency matter requesting the assistance of the Court shall e-mail Chambers at: jjf-civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

    9.    **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

March 16, 2007  
Date

_____  
UNITED STATES DISTRICT JUDGE