IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CINDY L.ADKINS, | ) | |
| Executrix of the Estate | ) | |
| of JOHN J. BALAS, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-592-JJF |
| STANLEY W. TAYLOR, JR., | ) | |
| ALAN MACHTINGER, | ) | |
| MICHAEL DELOY, | ) | Jury Trial Requested |
| DAVID WILKINSON, | ) | |
| TRUMAN MEARS, and the | ) | |
| DEPARTMENT OF CORRECTION | ) | |
| of the STATE OF DELAWARE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RULE 26(a)(1) INITIAL DISCLSOURES**

Defendants Stanley Taylor, Alan Machtinger, Michael Deloy, David Wilkinson, Truman Mears, and the Department of Correction of the State of Delaware (hereinafter "Defendants"), disclose the following information in compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure (the "Federal Rules") and the Scheduling Order entered in this matter. (D.I. 14). These disclosures are based on information available to Defendants as of this date. Continuing investigation and discovery may alter these disclosures. Defendants reserve the right to supplement the information disclosed below if additional information becomes available.

By making these disclosures, Defendants do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this claim. Nor do Defendants waive their right to object to the production of any document or tangible

thing disclosed on the basis of privilege, the work-product doctrine, relevancy, undue burden or any other valid objection. Defendants' disclosures represent a good faith effort to identify information they reasonably believe is required by Federal Rule 26(a)(1).

Defendants' disclosures are made without waiver of: 1) the right to object on the grounds of competency, privilege, relevancy, and materiality, hearsay or other proper ground; 2) the right to object to the use of any such information, for any purpose, in whole or in part, in any other action; and 3) the right to object on any and all proper grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the disclosures set forth below are made subject to the above objections and qualifications.

    A.    **Individuals likely to have discoverable information in support of Defendants' defenses.**

        1.    Plaintiff

        2.    Defendants

        3.    Paul Howard
                245 McKee Road
                Dover, DE 19904

        4.    Dave Hall
                Delaware Correctional Center
                1181 Paddock Road
                Smyrna, DE 19977

        5.    Richard Kearney
                Same as #3

        6.    Donna Green
                Sussex Correctional Institution
                P.O. Box 500
                Georgetown. DE 19947

7. Billy Drugash

8. Sergeant Jeff Rogers
   Same as #6

9. Corporal Michael Santini
   Same as #6

10. Jennifer Weldon

11. Lee Mears

12. Heath Shockley

13. Corporal John B. Mitchell
    Delaware State Police, Troop 4
    23652 Shortley Road
    Georgetown, DE 19947

14. Sergeant Allen Adams
    Same as #6

15. Officer Scott Bradley
    Same as #6

16. Officer Harry Hastings
    Same as #6

17. Corporal Jeff Foskey
    Same as #6

18. Corporal David West
    Same as #6

19. Corporal Dennis Murray
    Same as #6

20. Corporal John Mumford
    Same as #6

21. Janet Durkee
    Same as #3

22. Karen Nunn
    Same as #3

**B.**     **Documents that may be used to support Defendants' defenses.**

1.     The personnel file of John Balas as maintained by Human Resources of the Delaware Department of Corrections.

2.     Timesheets kept by Lt. Mears for correctional officers under his supervision during the same time period as Cpl. John Balas.

3.     Delaware State Police Accident Report authored by Cpl. J.B. Mitchell.

4.     Department of Correction performance evaluation policy and memorandum effective August 1, 2005 and dated July 13, 2005.

5.     Performance evaluation policy prior to August 1, 2005.

**C.**     **Experts and their opinions: Damage Computation.**

Defendants have not yet retained any experts. Defendants reserve the right to do so, and will supplement this response as required by Federal Rule 26(e).

**D.**     **Insurance Agreements in force.**

Not Applicable.

**E.**     **Basis for any damages claimed.**

Defendants have not filed a counterclaim for damages at this time. Defendants reserve the right to file a counterclaim against the Plaintiff as may be permitted by the Federal Rules.

                                            **DEPARTMENT OF JUSTICE**
                                            **STATE OF DELAWARE**

                                            */s/ Stacey Xarhoulakos*
                                            Stacey Xarhoulakos (#4667)
                                            Deputy Attorney General
                                            820 N. French Street, 6th Floor
                                            Wilmington, DE  19801
                                            (302) 577-8400

Dated:  April 13, 2007                        *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2007, I electronically filed *Defendants' Rule 26(a)(1) Initial Disclosures* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us