IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CINDY L. BALAS a/k/a CINDY L. ADKINS,** Executrix of the Estate of **CORPORAL JOHN J. BALAS,** : : : : **Plaintiff,** : : v. : **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** : : : : : : : : : : : : : : **Defendants.** : | C.A.No. 06-592-JJF  Jury Trial Demanded |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on August 27, 2007, I caused a **SUBPOENA DUCES TECUM DIRECTED TO THE RECORDS CUSTODIAN AT ST. JONES CENTER FOR BEHAVIORAL HEALTH** to be served by e-mail on the following individual:

> Ralph Durstein, Esquire
> Department of Justice
> Carvel State Office Building
> 820 North French Street
> Wilmington, DE 19801
> Ralph.Durstein@state.de.us

                                **THE NEUBERGER FIRM, P.A.**

                                /s/ Stephen J.. Neuberger
                                **THOMAS S. NEUBERGER, ESQ.** (# 243)
                                **STEPHEN J. NEUBERGER, ESQ.** (#4440)
                                Two East Seventh Street, Suite 302
                                Wilmington, Delaware 19801
                                (302) 655-0582
                                TSN@NeubergerLaw.com
                                SJN@NeubergerLaw.com

Dated: August 27, 2007                    Attorneys for Plaintiff

Balas / Pleadings / Balas - Subpoena Duces Tecum Notice of Svs.