IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CINDY L. BALAS a/k/a CINDY L. ADKINS,** Executrix of the Estate of CORPORAL JOHN J. BALAS, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A.No. 06-592-JJF |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : : : : : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on August 29, 2007, I caused a **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** to be served by e-mail on the following individual:

> Ralph Durstein, Esquire
> Department of Justice
> Carvel State Office Building
> 820 North French Street
> Wilmington, DE 19801
> Ralph.Durstein@state.de.us

                                        **THE NEUBERGER FIRM, P.A.**

                                        /s/ Stephen J. Neuberger
                                        **THOMAS S. NEUBERGER, ESQ.** (# 243)
                                        **STEPHEN J. NEUBERGER, ESQ.** (#4440)
                                        Two East Seventh Street, Suite 302
                                        Wilmington, Delaware 19801
                                        (302) 655-0582
                                        TSN@NeubergerLaw.com
                                        SJN@NeubergerLaw.com

Dated: August 29, 2007               Attorneys for Plaintiff

Balas / Pleadings / Balas - First RFP.Notice of Svs.