IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS, Executrix of the Estate of CORPORAL JOHN J. BALAS, | : : : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 06-592-JJF |
| | : | |
| STANLEY W. TAYLOR, JR., individually and in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; MICHAEL DELOY, individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; CAPTAIN DAVID WILKINSON, individually; LIEUTENANT TRUMAN MEARS, individually; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE, | : : : : : : : : : : : : : : | |
| | : | |
| Defendants. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Cheryl A. Hertzog, Esq. to represent plaintiff in this case.

Ms. Hertzog is employed full time as an associate attorney for The Neuberger Firm, P.A.,

counsel for plaintiff.

Ms. Hertzog is a member in good standing of the Bars of Pennsylvania and New Jersey.

Ms. Hertzog fully intended to sit for the Delaware Bar in July of 2007. However, due to an unexpected pregnancy she was unable to do so. As a result, she will sit for the Delaware Bar in July of 2008.

Under Local Rule 83.5 (2) and (3), an attorney who is not a member of the Bar of Delaware may not be admitted *pro hac vice* if s/he is regularly employed in Delaware, or is regularly engaged in business, professional, or other similar activities in Delaware. This Rule thus operates as a bar to Ms. Hertzog's participation as co-counsel in this case.

However, Ms. Hertzog's participation as co-counsel is needed in this case due to the trial schedules of the principals of The Neuberger Firm, Thomas S. Neuberger, Esq. and Stephen J. Neuberger, Esq. Health related issues also require Thomas S. Neuberger to seek her assistance in this case. Plaintiff also wishes her to serve as a co-counsel in this case. However, due to her unique and unexpected circumstances L.R. 83.5 prevents her from serving in this capacity in this litigation.

L.R. 1.1(d) provides that any of the Local Rules can be modified by any member of the Court. It states that "[t]he application of the rules in any case or proceeding may be modified by the Court in the interests of justice."

In mid-February of 2006, Ms. Hertzog also contacted the Clerk's Office and spoke with the clerk in charge of administration who informed her that Local Rule 83.5 was a judge-made rule. He further stated that a judge may make an exception to the Rule.

Plaintiff thus Moves that the Court in the interests of justice allow Ms. Hertzog to be admitted in this case *pro hac vice*. The needs of the case will be served, the desires of plaintiff and the scheduling issue of The Neuberger Firm will be accommodated by such an Order.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**


/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated:  September 14, 2007          Attorney for Plaintiff


Balas \ Pleadings \ Motions \ Balas - CAH Motion for Pro Hac


## LOCAL RULE 7.1.1 STATEMENT

Counsel certifies that he contacted defense counsel about this motion and that defense

counsel does not oppose it.



/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ**.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS, Executrix of the Estate of CORPORAL JOHN J. BALAS, | : : : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 06-592-JJF |
| | : | |
| STANLEY W. TAYLOR, JR., individually and in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; MICHAEL DELOY, individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; CAPTAIN DAVID WILKINSON, individually; LIEUTENANT TRUMAN MEARS, individually; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE, | : : : : : : : : : : : : : : | |
| | : | |
| **Defendants.** | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the  motion for admission *pro hac vice of*  Cheryl A. Hertzog, Esq. is granted.


Date: _____          _____

                                                           United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CINDY L. BALAS a/k/a CINDY L. ADKINS,    :
Executrix of the Estate of CORPORAL JOHN J.  :
BALAS,                                    :
                                          :
                 Plaintiff,               :
                                          :
          v.                              :        C.A.No. 06-592-JJF
                                          :
STANLEY W. TAYLOR, JR., individually and  :
in his official capacity as the Commissioner of  :
Correction; ALAN MACHTINGER,              :
individually and in his official capacity as the  :
Director of Human Resources of the Department  :
of Correction; MICHAEL DELOY, individually  :
and in his official capacity as Deputy Warden of  :
Sussex Correctional Institution; CAPTAIN   :
DAVID WILKINSON, individually;            :
LIEUTENANT TRUMAN MEARS,                  :
individually; and DEPARTMENT OF           :
CORRECTION OF THE STATE OF                :
DELAWARE,                                 :
                                          :
                 Defendants.              :

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the Bar of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

CHERYL A. HERTZOG, ESQ.
2 East Seventh Street, Suite 302
Wilmington, DE 19801
cherylh@neubergerlaw.com

Dated: September 14, 2007

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court, do hereby certify that on

September 14, 2007, I electronically filed this **Motion** with the Clerk of the Court using CM/ECF

and served the following individuals by the means indicated:

> Ralph Durstein, Esquire
> Department of Justice
> Carvel State Office Building
> 820 North French Street
> Wilmington, DE 19801
> (Via CM/ECF)

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ.**