IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CINDY L. BALAS a/k/a CINDY L. ADKINS,** Executrix of the Estate of CORPORAL JOHN J. BALAS, | : : : : | |
| **Plaintiff,** | : : | |
| v. | : : | C.A.No. 06-592-JJF |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : : : : : : : : | **Jury Trial Demanded** |
| **Defendants.** | : : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on September 14, 2007, I caused a **SUBPOENA DUCES TECUM DIRECTED TO THE RECORDS CUSTODIAN AT DOVER BEHAVIORAL HEALTH SYSTEM** to be served by e-mail on the following individual:

>Ralph Durstein, Esquire
>Department of Justice
>Carvel State Office Building
>820 North French Street
>Wilmington, DE 19801
>Ralph.Durstein@state.de.us

                                          **THE NEUBERGER FIRM, P.A.**

                                          <u>/s/ Stephen J.. Neuberger</u>
                                          **THOMAS S. NEUBERGER, ESQ.** (# 243)
                                          **STEPHEN J. NEUBERGER, ESQ.** (#4440)
                                          Two East Seventh Street, Suite 302
                                          Wilmington, Delaware 19801
                                          (302) 655-0582
                                          TSN@NeubergerLaw.com
                                          SJN@NeubergerLaw.com

Dated: September 14, 2007            Attorneys for Plaintiff

Balas / Pleadings / Balas - Subpoena Duces Tecum Notice of Svs.