AO88 (Delaware Rev. 7/00) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CINDY L. BALAS,

    Plaintiff,

V.

STANLEY TAYLOR, et al.,

    Defendants.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  06-592-JJF

TO: Dover Behavioral Health System
ATTN: RECORDS CUSTODIAN
725 Horsepond Road
Dover, DE  19901

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

    See Exhibit A attached.

| PLACE | DATE AND TIME |
|---|---|
| Two East Seventh Street, Suite 302, Wilmington, DE 19801 | Sept. 25, 2007 at 10:30am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]  (Attorney for Plaintiff) | September 13, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Stephen J. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302, Wilmington, DE 19801

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT

CASE NO.: 06-592-JJF

## AFFIDAVIT OF SERVICE

**CINDY L. BALAS**

    Plaintiff/Petitioner,

vs.

**STANLEY TAYLOR, ET AL.**

    Defendant/Respondent.

_____/

Received by **D.M. Professional Services, Inc.** on **09/13/2007** at **12:21 PM** to be served upon:

**DOVER BEHAVIORAL HEALTH SYSTEM**

**DELAWARE**
**NEW CASTLE, KENT, SUSSEX**     ss.

I, **ROBERT DELACY, JR.**, depose and say that:

On **09/14/2007** at **02:00 PM**, I served the within **SUBPOENA IN A CIVIL CASE** on **DOVER BEHAVIORAL HEALTH SYSTEM** at **725 HORSEPOND RD, Dover, DE 19901** in the manner indicated below:

**CORPORATE SERVICE:** By delivering to and leaving same with **JOANNE MARCIN, AUTHORIZED TO ACCEPT**

So served and authorized to accept service.

Description of person served:
**Sex: Female — Age: 50+ — Skin: White — Hair: Salt/Pepper — Height: 5'6 — Weight: 150**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ___ day of _____, 20__.

Sworn to and subscribed before me on this ___ day of _____, 20__ by an affiant who is personally known to me or produced identification.

NOTARY PUBLIC

[Notary Seal: STATE OF DELAWARE, NOTARY PUBLIC, EXPIRES MARCH 14, 2011]

X_____
ROBERT DELACY, JR.
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE 19809

800.966.3624
Law Firm: **THOMAS S. NEUBERGER, ESQUIRE**
Atty File#:  - Our File# **19595**