IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS, Executrix of the Estate of JOHN J. BALAS,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>STANLEY W. TAYLOR, JR, ALAN MACHTINGER, MICHAEL DELOY, DAVID WILKINSON, TRUMAN MEARS, and the DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,<br><br>　　　Defendants. | )<br>)<br>)<br>)　　C.A.No. 06-592-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned certifies that on September 25, 2007, he caused the Defendants' First Request for Production and Defendants' First Set of Interrogatories Directed to Plaintiff to be sent to the following:

　　Thomas S. Neuberger, Esq.
　　Stephen J. Neuberger, Esq.
　　Two East Seventh Street, Suite 302
　　Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　STATE OF DELAWARE
　　　　　　　　　　　　　　　　　　DEPARTMENT OF JUSTICE

　　　　　　　　　　　　　　　　　　　 /s/Ralph K. Durstein III
　　　　　　　　　　　　　　　　　　Ralph K. Durstein III, I.D. #912
　　　　　　　　　　　　　　　　　　Stacey Xarhoulakos, I.D. #4667
　　　　　　　　　　　　　　　　　　Deputy Attorneys General
　　　　　　　　　　　　　　　　　　820 North French Street, 6th Floor
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 577-8400