# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS,<br>Executrix of the Estate of CORPORAL JOHN,<br>J. BALAS, | )<br>)<br>)<br>) | |
| Plaintiff, | ) | C.A. No. 06-592-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY W. TAYLOR, JR,<br>ALAN MACHTINGER, MICHAEL DELOY,<br>DAVID WILKINSON, TRUMAN MEARS,<br>and the DEPARTMENT OF CORRECTION<br>OF THE STATE OF DELAWARE, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned certifies that on October 26, 2007, he caused the Defendants' Answers to Plaintiff's First Set of Interrogatories to be sent via electronic mail to the following:

    Stephen J. Neuberger, Esq.
    Cheryl Hertzog, Esq.
    Two East Seventh Street, Suite 302
    Wilmington, DE 19801

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    __/s/Ralph K. Durstein III____
    Ralph K. Durstein III, I.D. #912
    Stacey Xarhoulakos, I.D. #4667
    Deputy Attorneys General
    820 North French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400