IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CINDY L. BALAS a/k/a CINDY L. ADKINS,** Executrix of the Estate of **CORPORAL JOHN J. BALAS,** | : : : : | |
| **Plaintiff,** | : : | |
| v. | : : | C.A.No. 06-592-JJF |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : : : : : : : : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that

on October 29, 2007, I caused two (2) copies of **PLAINTIFF'S ANSWERS AND**

**OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES** to be served by

email and U.S. Mail on the following individual:

>Ralph Durstein, Esquire
>Department of Justice
>Carvel State Office Building
>820 North French Street
>Wilmington, DE 19801
>Ralph.Durstein@state.de.us

|  |  |
|---|---|
|  | **THE NEUBERGER FIRM, P.A.** |
|  | /s/ Stephen J. Neuberger |
|  | **THOMAS S. NEUBERGER, ESQ.** (# 243)<br>**STEPHEN J. NEUBERGER, ESQ.** (#4440)<br>Two East Seventh Street, Suite 302<br>Wilmington, Delaware 19801<br>(302) 655-0582<br>TSN@NeubergerLaw.com<br>SJN@NeubergerLaw.com |
| Dated: October 29, 2007 | Attorneys for Plaintiff |

Balas / Pleadings / Balas - 1st ROG Response.Notice of Svs.