# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS,<br>Executrix of the Estate of CORPORAL JOHN,<br>J. BALAS,<br><br>    Plaintiff,<br><br>  v.<br><br>STANLEY W. TAYLOR, JR,<br>ALAN MACHTINGER, MICHAEL DELOY,<br>DAVID WILKINSON, TRUMAN MEARS,<br>and the DEPARTMENT OF CORRECTION<br>OF THE STATE OF DELAWARE,<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)   C.A. No. 06-592-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned certifies that on November 2, 2007, he caused the Responses and Objections of Defendants to Plaintiff's First Request for Production of Documents to be sent via U.S. Mail to the following:

    Stephen J. Neuberger, Esq.
    Cheryl Hertzog, Esq.
    Two East Seventh Street, Suite 302
    Wilmington, DE 19801

                                                  STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                __/s/Ralph K. Durstein III__
                                                Ralph K. Durstein III, I.D. #912
                                                Stacey Xarhoulakos, I.D. #4667
                                                Deputy Attorneys General
                                                820 North French Street, 6th Floor
                                                Wilmington, DE 19801
                                                (302) 577-8400