IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CINDY L. BALAS a/k/a CINDY L. ADKINS,** Executrix of the Estate of **CORPORAL JOHN J. BALAS,** | : : : : | |
| **Plaintiff,** | : : | |
| v. | : : | C.A.No. 06-592-JJF |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : : : : : : : | **Jury Trial Demanded** |
| **Defendants.** | : : | |

## NOTICE OF SERVICE

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on November 7, 2007, I caused a

- **SUBPOENA DIRECTED TO JOHN OWENS,**

- **SUBPOENA DUCES TECUM DIRECTED TO CORRECTIONAL OFFICERS ASSOCIATION OF DELAWARE,**

- **SUBPOENA DIRECTED TO DENNIS MURRAY, and**

- **SUBPOENA DIRECTED TO JOHN MUMFORD**

to be served by e-mail on the following individual:

Ralph Durstein, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
Ralph.Durstein@state.de.us

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (# 243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
**CHERYL A. HERTZOG, ESQ. (Admitted *Pro Hac*)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com
CherylH@NeubergerLaw.com

Dated: November 7, 2007          Attorneys for Plaintiff

Balas / Pleadings / Balas - Subpoena Notice of Svs.