IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CINDY L. BALAS a/k/a CINDY L. ADKINS,** Executrix of the Estate of **CORPORAL JOHN J. BALAS,** | : : : : |
| **Plaintiff,** | : : |
| v. | :   C.A.No. 06-592-JJF |
| | : |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : : : : : : : |
| **Defendants.** | : |

## NOTICE OF DEPOSITION

TO:   Ralph Durstein, Esquire
        Department of Justice
        Carvel State Office Building
        820 N. French Street
        Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| NAME | DATE AND TIME |
|---|---|
| William Shockley | December 4, 2007 at 9:30 a.m. |
| Harry Hastings | December 4, 2007 at 12:30 p.m. |

                                **THE NEUBERGER FIRM, P.A.**

                                /s/ Stephen J. Neuberger
                                **THOMAS S. NEUBERGER, ESQ. (#243)**
                                **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                                **CHERYL A. HERTZOG, ESQ. (Admitted *Pro Hac*)**
                                Two East Seventh Street, Suite 302
                                Wilmington, Delaware 19801
                                (302) 655-0582
                                TSN@NeubergerLaw.com
                                SJN@NeubergerLaw.com

Dated: November 7, 2007        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on November 7, 2007, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Ralph K. Durstein, Esquire
>Department of Justice
>Carvel State Office Building
>820 N. French Street
>Wilmington, DE 19801

>/s/ Thomas S. Neuberger
>**THOMAS S. NEUBERGER, ESQ.**

cc:    Wilcox & Fetzer
         Client

Balas / Pleadings / Notice of Depositions / Notice of Depositions (3)