IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CINDY L. BALAS alk/a CINDY L. ADKINS,** Executrix of the Estate of CORPORAL JOHN J.BALAS, <br><br> Plaintiff, <br><br> v. <br><br> **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** <br><br> Defendants. | ) ) ) ) ) ) C.A.No. 06-592-JJF ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF DEPOSITION

TO:   Thomas S, Neuberger, Esq.
       Stephen J. Neuberger, Esq.
       Cheryl A. Hertzog, Esq.
       The Neuberger Firm, P.A.
       Two East Seventh Street, Suite 302
       Wilmington, DE  19801-3707


**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Cindy L. Balas a/k/a/ Cindy L. Adkins on Thursday, December 20, 2007 beginning at 9:30 a.m. and will continue until completed in the undersigned's office located in the Carvel State Building, 820 N. French Street, 6th Floor, Wilmington, Delaware 19801. The deposition will be taken before a Notary Public or some other officer duly authorized by law to administer oaths.  The deposition will be recorded stenographically.

/s/ Ralph K. Durstein, III
Ralph K. Durstein, III, I.D. #912
Stacey Xarhoulakos, I.D. #4667
Deputy Attorneys General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE  19801
Attorneys for Defendants

DATED:   November 8, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS, Executrix of the Estate of CORPORAL JOHN J.BALAS,          )<br>)<br>)<br>)<br>    Plaintiff,          )<br>)<br>  v.          )<br>)<br>STANLEY W. TAYLOR, JR., individually and in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; MICHAEL DELOY, individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; CAPTAIN DAVID WILKINSON, individually; LIEUTENANT TRUMAN MEARS, individually; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,          )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>    Defendants.          ) | C.A.No. 06-592-JJF |

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned certifies that on November 8, 2007 he caused the attached Notice of Deposition to be electronically filed with this Court via CM/ECF which will send notice to the following.

Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
Cheryl A. Hertzog, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE  19801

/s/ Ralph K. Durstein, III
Ralph K. Durstein, III, I.D. #912
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE  19801
Attorneys for Defendants

Xc: Wilcox & Fetzer