IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CINDY L. BALAS a/k/a CINDY L. ADKINS,** Executrix of the Estate of **CORPORAL JOHN J. BALAS,** | : : : : | |
| **Plaintiff,** | : : | |
| v. | : : | C.A.No. 06-592-JJF |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : : : : : : : : : | |
| **Defendants.** | : | |

## NOTICE OF DEPOSITION

TO:    Ralph Durstein, Esquire
       Department of Justice
       Carvel State Office Building
       820 N. French Street
       Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| NAME | DATE AND TIME |
|---|---|
| Jennifer Weldon | December 3, 2007 at 10:00am |

                    **THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
**CHERYL A. HERTZOG, ESQ. (Admitted *Pro Hac*)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: November 21, 2007     Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on November 21, 2007, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

        Ralph K. Durstein, Esquire
        Department of Justice
        Carvel State Office Building
        820 N. French Street
        Wilmington, DE 19801

        /s/ Thomas S. Neuberger
        **THOMAS S. NEUBERGER, ESQ.**

cc:  Wilcox & Fetzer
    Client

Balas / Pleadings / Notice of Depositions / Notice of Depositions (4)