IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CINDY L. BALAS a/k/a CINDY L. ADKINS,** Executrix of the Estate of CORPORAL JOHN J. BALAS, | : : : : | |
| **Plaintiff,** | : : | |
| v. | : : | C.A.No. 06-592-JJF |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : : : : : : : : | |
| **Defendants.** | : | |

## NOTICE OF DEPOSITION

TO:   Ralph Durstein, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| NAME | DATE AND TIME |
|------|---------------|
| Jeff Foskey | December 6, 2007 at 10:30am |

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
**CHERYL A. HERTZOG, ESQ. (Admitted *Pro Hac*)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: November 29, 2007    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on November 29, 2007, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

          Ralph K. Durstein, Esquire
          Department of Justice
          Carvel State Office Building
          820 N. French Street
          Wilmington, DE 19801

          /s/ Thomas S. Neuberger
          **THOMAS S. NEUBERGER, ESQ.**

cc:    Wilcox & Fetzer
        Client

Balas / Pleadings / Notice of Depositions / Notice of Depositions (5)