## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CINDY L. ADKINS, | ) | |
| Executrix of the Estate | ) | |
| of JOHN J. BALAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-592-JJF |
| STANLEY W. TAYLOR, JR., | ) | |
| ALAN MACHTINGER, | ) | |
| MICHAEL DELOY, | ) | Jury Trial Requested |
| DAVID WILKINSON, | ) | |
| TRUMAN MEARS, and the | ) | |
| DEPARTMENT OF CORRECTION | ) | |
| of the STATE OF DELAWARE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on December 4, 2007, a true and correct copy of the

*Defendants' Supplementation of Initial Disclosures Pursuant to Fed. R. Civ. P.26 (e)* was

served upon the following counsel of record via electronic mail:

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
2 E. Seventh Street, Suite 302
Wilmington, DE 19801

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us