IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS, Executrix of the Estate of CORPORAL JOHN J. BALAS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A.No. 06-592-JJF ) |
| STANLEY W. TAYLOR, JR., ALAN MACHTINGER, MICHAEL DELOY, CAPTAIN DAVID WILKINSON, LIEUTENANT TRUMAN MEARS, and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned certifies that on December 13, 2007 he caused the Defendants' Supplemental Disclosures as to Expert Testimony to be sent via Electronic Mail to the following:

Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
Cheryl A. Hertzog, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

/s/ Ralph K. Durstein, III
Ralph K. Durstein, III, I.D. #912
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
Attorneys for Defendants