**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CINDY L. ADKINS, | ) | |
| Executrix of the Estate | ) | |
| of JOHN J. BALAS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | C. A. No. 06-592-JJF |
| STANLEY W. TAYLOR, JR., | ) | |
| ALAN MACHTINGER, | ) | |
| MICHAEL DELOY, | ) | Jury Trial Requested |
| DAVID WILKINSON, | ) | |
| TRUMAN MEARS, and the | ) | |
| DEPARTMENT OF CORRECTION | ) | |
| of the STATE OF DELAWARE, | ) | |
| | ) | |
|     Defendants. | ) | |

## NOTICE OF SERVICE

    I hereby certify that on January 9, 2008, a true and correct copy of the

*Defendants' Second Supplementation of Initial Disclosures Pursuant to Fed. R. Civ.*

*P.26(e)* was served upon the following counsel of record via electronic mail:

    Thomas S. Neuberger, Esquire
    Stephen J. Neuberger, Esquire
    The Neuberger Firm, P.A.
    2 E. Seventh Street, Suite 302
    Wilmington, DE 19801

                                                        /s/ Stacey Xarhoulakos
                                                        Deputy Attorney General
                                                        Department of Justice
                                                       820 N. French St., 6th Floor
                                                        Wilmington, DE 19801
                                                        (302) 577-8400
                                                        stacey.xarhoulakos@state.de.us