IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINDY L. BALAS alk/a CINDY L. ADKINS, Executrix of the Estate of CORPORAL JOHN J.BALAS, | ) ) ) ) |
| Plaintiff, | ) ) C.A.No. 06-592-JJF |
| v. | ) ) ) |
| STANLEY W. TAYLOR, JR., individually and in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; MICHAEL DELOY, individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; CAPTAIN DAVID WILKINSON, individually; LIEUTENANT TRUMAN MEARS, individually; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:   Thomas S, Neuberger, Esq.
      Stephen J. Neuberger, Esq.
      Cheryl A. Hertzog, Esq.
      The Neuberger Firm, P.A.
      Two East Seventh Street, Suite 302
      Wilmington, DE  19801-3707

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Lee Mears on Tuesday, January 22, 2008 beginning at 8:00 a.m.  The deposition will be taken before a Notary Public or some other officer duly authorized by law to administer oaths and the deposition will be recorded stenographically.  Lee Mears will testify by telephone and the court reporter and counsel will appear in the undersigned's office

located in the Carvel State Building, 820 N. French Street, 6th Floor, Wilmington, Delaware 19801.

           /s/ Stacey Xarhoulakos
           Ralph K. Durstein, III, I.D. #912
           Stacey Xarhoulakos, I.D. #4667
           Deputy Attorneys General
           Department of Justice
           820 N. French St., 6th Floor
           Wilmington, DE  19801
           Attorneys for Defendants

DATED:   January 15, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CINDY L. BALAS a/k/a CINDY L. ADKINS,** Executrix of the Estate of CORPORAL JOHN J.BALAS, | ) ) ) ) |
| Plaintiff, | ) C.A.No. 06-592-JJF |
| v. | ) ) ) |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned certifies that on January 15, 2008 she caused the attached Notice of Deposition to be electronically filed with this Court via CM/ECF which will send notice to the following.

Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
Cheryl A. Hertzog, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos  # 4667
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
Attorneys for Defendants

Xc: Wilcox & Fetzer