# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINDY L. ADKINS,<br>Executrix of the Estate<br>of JOHN J. BALAS,<br><br>      Plaintiff,<br><br>      v.<br>STANLEY W. TAYLOR, JR.,<br>ALAN MACHTINGER,<br>MICHAEL DELOY,<br>DAVID WILKINSON,<br>TRUMAN MEARS, and the<br>DEPARTMENT OF CORRECTION<br>of the STATE OF DELAWARE,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No. 06-0592-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR SUMMARY JUDGMENT

The defendants, individually and collectively, move pursuant to Rule 56 for summary judgment as to all claims asserted by the plaintiff in her lawsuit.

                              DEPARTMENT OF JUSTICE
                              STATE OF DELAWARE

                              /s/ Ralph K. Durstein, III
                              Ralph K. Durstein, III (ID# 912)
                              Stacey Xarhoulakos (ID#4667)
                              Deputy Attorneys General
                              Department of Justice
                              State of Delaware
                              820 N. French Street, 6th Floor
                              Wilmington, DE 19801
                              (302)577-8510

Dated: January 31, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINDY L. ADKINS,<br>Executrix of the Estate<br>of JOHN J. BALAS,<br><br>    Plaintiff,<br><br>    v.<br><br>STANLEY W. TAYLOR, JR.,<br>ALAN MACHTINGER,<br>MICHAEL DELOY,<br>DAVID WILKINSON,<br>TRUMAN MEARS, and the<br>DEPARTMENT OF CORRECTION<br>of the STATE OF DELAWARE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 06-592-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 31, 2008, he caused the Defendants' Motion for

Summary Judgment to be sent via CM/ECF to the following:

    Thomas S. Neuberger, Esq.
    Stephen J. Neuberger, Esq.
    Cheryl Hertzog, Esq.
    Two East Seventh Street, Suite 302
    Wilmington, DE 19801

                              **DEPARTMENT OF JUSTICE**
                              **STATE OF DELAWARE**

                              */s/ Ralph K. Durstein, III*
                              Ralph K. Durstein, III, ID #912
                              Stacey Xarhoulakos, ID #4667
                              Deputy Attorneys General
                              Carvel State Office Building
                              820 North French Street
                              Wilmington, DE 19801
                              (302) 577-8400
                              Attorneys for Defendants