## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS, Executrix of the Estate of CORPORAL JOHN J. BALAS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 06-592-JJF |
| | : | |
| STANLEY W. TAYLOR, JR., individually and in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; MICHAEL DELOY, individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; CAPTAIN DAVID WILKINSON, individually; LIEUTENANT TRUMAN MEARS, individually; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**APPENDIX TO PLAINTIFF'S OPENING BRIEF IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT TRUMAN MEARS (VOLUME 2 - A0490-980)**

THE NEUBERGER FIRM, P.A.
THOMAS S. NEUBERGER, ESQ. (#243)
STEPHEN J. NEUBERGER, ESQ. (#4440)
CHERYL A. HERTZOG, ESQ. (*Pro Hac Vice*)
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com
CherylH@NeubergerLaw.com

Dated: January 31, 2008          Attorneys for Plaintiff

## <u>TABLE OF CONTENTS</u>

**VOLUME 1:**

Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0001

Answer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0032

Plaintiff's Document Production:

    2004 Media Articles (P1-441) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0049

**VOLUME 2:**

    Balas DOC Commendations (P442-68) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0490

    Balas Navy Commendations (P469-84) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0517

    Resume of John J. Balas (P485-88) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0533

    Pictures of John J. Balas (P521-22) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0537

    Suicide Notes (P523-28) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0539

    Remembrances of John J. Balas (P532-34) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0545

    Declaration of David Knight (P535-53) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0548

    Declaration of Cindy Adkins (P554-56) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0567

    Expert Report of Dr. Carol A. Tavani, M.D. (P595-607) . . . . . . . . . . . . . . . . . . . A0570

    Declaration of Henry Purnell (P825-26) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0583

    Memo from Phil Townsend to John Balas Given to Truman Mears (P827-28) . . . A0585

    Copy of Official COAD Greivance, dated Oct. 4, 2004 (P831-32) . . . . . . . . . . . . A0587

Defendants' Document Production:

    Deljis Report of John Balas' Suicide (D743-49) . . . . . . . . . . . . . . . . . . . . . . . . . . A0589

    Lt. Truman Mears' Supervisor's File on John Balas (D750-90) . . . . . . . . . . . . . . A0596

    Police Reports (D868-74,877,881-84) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0637

Plaintiff's Answers and Objections to Defendants' First Set of Interrogatories (D.I.31) . . A0651

Deposition of Truman J. Mears, Nov. 6, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0704

    Exhibit 1: DOC Matters Newsletter (D343-50) . . . . . . . . . . . . . . . . . . . . . . . A0758

    Exhibit 2: DOC Psychological Fitness for Duty Policy (D715-18) . . . . . . . . . . . A0767

    Exhibit 3: Defendants' Answers to Plaintiff's First Set of Interrogatories . . . . . . . A0771

    Exhibit 4: Performance Evaluation of John Balas - 10/94-10/95 (D107-14) . . . . . A0775

    Exhibit 5: Performance Evaluation of John Balas - 2/99-1/00 (D98,101) . . . . . . . A0783

    Exhibit 6: Performance Evaluation of John Balas - 1/01-7/02 (D95,97) . . . . . . . . A0785

    Exhibit 7: Performance Evaluation of John Balas - 1/02-5/03 (D93-94) . . . . . . . A0787

    Exhibit 8: John Balas' Various Awards and Commendations . . . . . . . . . . . . . . . A0789

    Exhibit 9: DOC Policy - Supervisor's File on Employee (D667-84) . . . . . . . . . . A0818

    Exhibit 10: 8/12/04 E-mail From Timothy Radcliffe, dated August 12, 2004
        (P518) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0837

    Exhibit 11: Performance Evaluation of John Balas - 9/03-9/04 (D84-92, 378) . . . A0838

    Exhibit 12: Copy of COAD Grievance, dated Oct. 4, 2004 (P519-20) . . . . . . . . . A0848

    Exhibit 13: John's Recorded Recollection (P529-31) . . . . . . . . . . . . . . . . . . . . A0850

    Exhibit 14: John Balas' Time Card Records (P494-503) . . . . . . . . . . . . . . . . . . A0853

Deposition of Allen Adams, Nov. 7, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0863

Deposition of Scott E. Bradley, Sr., Nov. 13, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . A0873

Deposition of David A. West, Nov. 13, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0884

Deposition of Michael E. DeLoy, Nov. 27, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0892

Deposition of David W. Wilkinson, Nov. 28, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . A0912

    Exhibit 1: Memo from Phil Townsend to John Balas, dated July 8, 2004
        (D281) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0944

Deposition of Jennifer P. Weldon, Dec. 3, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0945

Deposition of William H. Shockley, Dec. 4, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0952

Deposition of Harry P. Hastings, III, Dec. 4, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0961

Deposition of Jon W. Mumford, Dec. 4, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0969

**VOLUME 3:**

Deposition of Jeffrey K. Foskey, Dec. 6, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0981

Deposition of Cindy L. Adkins, Dec. 20, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A0996

Deposition of Michael Ackenbrack, Jan. 8, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A1036

      Exhibit 1: Copy of Original COAD Greivance, dated Oct. 4, 2004 (P831-32) . . . . A1046

Deposition of Lee Mears, Jan. 22, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A1048

      Exhibit 1: Declaration of Lee Mears (P557-59) . . . . . . . . . . . . . . . . . . . . . . . . . . . . A1065

      Exhibit 2: Second Declaration of Lee Mears (P835-40) . . . . . . . . . . . . . . . . . . . . . A1068

State of Delaware - Bureau of Prisons webpage
      (http://doc.delaware.gov/BOP/BOP.shtml) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A1074

July 12, 1995

**MEMORANDUM**

To:      C/O John Balas, DCC

From:    Lt. David Hall, CERT Headquarters

Subject: CERT Basic Training

Congratulations, you have been accepted as a candidate for CERT membership and are scheduled to participate in CERT Basic Course #11. Training will begin on July 31, 1995, at the Training Academy, at 0800 hrs. This is a three week course, ending on August 18th. You are to wear physical training gear appropriate for whatever weather conditions exist each and every day. The first three (3) days will consist of Defensive Tactics. You may want to bring additional physical training gear as you will be working in close proximity of each other. Showers will be available at the academy.

Please notify me if any of the following conditions arise prior to training. I can be reached at 653-2828 ext. 216.

1.  changes in Institution, shift, days off

2.  any physical injuries that will prohibit attending training.

3.  sickness. The only authorized sickness during this training period is death. Any sickness due to your death must have prior approval and be accompanied by a doctors excuse.

It is in your best interest to begin your physical training now to avoid injuries and fatigue during training.



State of Delaware
Department of Correction
Division of Community Corrections
RD#1, P.O. Box 500, Georgetown, DE  19947

Telephone (302) 856-5790
FaxFax # (302) 856-5797

**September 18, 1997**

## Commendation

**Correctional Officer John Balas**
**4-12 Shift SWRC**

**Officer Balas:**

I want to commend you Officer Balas for your actions on September 7, 1997 at 2330 hrs. Your actions in the apprehension of escapee's Harry Vaughn and Robert Betts is a credit to your dedication to duty and your profession. Thanks to you two escapee's were apprehended very quickly and without incident. Thanks again for a job well done.

**Sincerely**

**Billie R. Smith**
**4-12 Shift Supervisor**

cc: Warden George
    Personnel file
    Facility file



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
EMPLOYEE DEVELOPMENT CENTER
240 EAST COMMERCE STREET
SMYRNA, DELAWARE 19977
Telephone: (302) 653-2828
Fax: (302) 739-6737

**TO:**      Correction Officer John Balas
Sussex Work Release Center

**FROM:**    LT. Guy Fowler
Employee Development Center

**DATE:**    May 3, 1997

**RE:**      Letter of Commendation

On May 1, 1997, I worked at Sussex Work Release Center during the 1600-2400 shift. I noticed you were the only "regular" officer there. I, along with STRO Kidd and STRO Hall, depended greatly on you to answer questions. You made sure that we understood whatever we needed to do and helped us feel as though we could depend on you for any information.

At approximately 2030 hrs. a disturbance erupted on B-Tier. You remained calm and professional through it all. Once you were aware of the disturbance, you were most instrumental in helping to quell it before it grew. You initiated calls for back up, to Warden George, and upon approval from the warden - called K-9 in for show of force/assistance. Your quick actions ensured back up came in force. I feel this action alone may have put a stop to any further escalation of the disturbance. Your knowledge of the Duty Office and its equipment added to the smooth issuance of CapStun and handcuffs. Once everything had calmed down, again you were there to assist with the proper paperwork needed.

I commend you, Officer Balas, for your expertise, knowledge, and leadership skills. I thank you for all of your assistance and hope that you continue your professional attitude.

cc:    Warden R. George
Lt. Bill Smith
Personnel File



**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**80 MONROVIA AVENUE**
**SMYRNA, DELAWARE 19977**

OFFICE OF
THE COMMISSIONER

TELEPHONE:    (302)739-5601
FAX:    (302)739-6740

May 7, 1997

John Balas
Rt. 4 Box 137 C
Milton, Delaware  19968-9632

Dear Mr. Balas:

This letter is to offer you our official congratulations and commend you on your perfect attendance record for 1996.  We personally appreciate this achievement.

The Department of Correction is particularly dependent on loyal, conscientious and dependable employees.  You have exhibited these qualities by your perfect attendance.

You and employees like you are the backbone of the Department, enabling it to function smoothly and effectively.  We salute you and ask for your continued commitment.

Alan Machtinger
Director, Human Resources &
Development

Stan Taylor
Commissioner

P445

A0493



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
SUSSEX CORRECTIONAL INSTITUTION
R.D. 1, Box 500
GEORGETOWN, DELAWARE 19947

TELEPHONE (302) 856 - 5280

January 26, 1998

To: _John Bales_

    I would like to take this opportunity to congratulate you on your promotion to Correctional Corporal. Your new position is of vital importance in the future as the responsibilities of the shift Corporal become more involved. I am confident that you will work along with your Unit Managers, (Lieutenants), and and Sergeants to accomplish the tasks ahead of us. Positions in the New Admin. / Pretrial Unit will be posted for bid when you come on board. _Effective 2-1-98_

Sincerely,

_Capt. Flaherty_

Gerard Flaherty, Captain

In-House Job Bids Chairman

xc: Candidate
   file



### HOUSE OF REPRESENTATIVES
### STATE OF DELAWARE
### LEGISLATIVE HALL
### DOVER, DELAWARE 19901

V. GEORGE CAREY
R.D. 1, BOX 161
MILFORD, DELAWARE 19963
HOME: 302-684-8358
OFFICE: 302-422-4191
HOUSE OFFICE: 302-739-4119
HOUSE FAX: 302-739-2773

COMMITTEES
NATURAL RESOURCES, VICE CHAIRMAN
AGRICULTURE, VICE CHAIRMAN
BOND BILL
ENVIRONMENTAL MANAGEMENT

June 9, 1998

John Balas
Route 4, Box 137-C
Milton, DE  19968

Dear John:

I have just recently received word that you are to be congratulated on being named to the Dean's List at the Delaware Technical and Community College.  This is indeed an honor and proof that you have been working very hard in order to achieve such excellence.

You have proven yourself to be a dedicated student, willing to go that extra mile in order to achieve greatness.  Your college education will stand by you throughout your life.

Best wishes for your continued success.

Sincerely,

George

V. George Carey
State Representative
36th District

VGC:jcw

**MEMORANDUM**

**TO:**    CPL John Balas

**FROM:** LT David Johnson

**DATE:** 08/28/98

**SUBJ:** Letter of Recognition

Thanks for submitting your suggestions and ideas concerning the Property Room operations and procedures. Your initiative, research, and ability to work with others as a team, has produced many ideas which will be incorporated into new SCI procedures. Your work has resulted in a simpler procedure which provides better accountability and tracking of inmate property. When fully implemented, I believe these procedures will result in fewer grievances and lawsuits involving inmate property.

Good job, John.



**DELAWARE TECH**

◆ *Dover* ◆ *Georgetown* ◆ *Stanton* ◆ *Wilmington*

*April 1, 1999*

*Mr. John J. Balas*
*Route 4, Box 137C*
*Milton, DE 19968*

*Dear Mr. Balas:*

It is with great pleasure that I inform you of your selection as the "Outstanding Student" for 1999 in Criminal Justice Technology. This award will be presented to you at the Nineteenth Annual Student Awards Banquet to be held on Friday, May 14, 1999, at 6 p.m. in the William A. Carter Partnership Center, Room 540.

You will be receiving a formal invitation to this special event in the mail. Your complimentary dinner ticket may be picked up from the Cashier in the Business Office of the Jason Technology Center. This ticket will be your admission to the banquet.

I encourage you to invite your family and friends so that they may participate and celebrate with you at this special awards presentation. Award recipients need to arrive between 5:30 and 6 p.m. to register, pick up your name tag, and receive any additional information.

In addition to your complimentary ticket, guest tickets are available from the Cashier at $12.95 per person. Award recipients and guest tickets will be available beginning April 16, 1999, and tickets are available until May 10, 1999.

If you have any questions, please contact Ann Athey or Joanne Howell, Awards Banquet Co-Chairs, at 856-5400, or your academic department chairperson.

Sincerely,

*Judith S. Caldwell*
*Dean of Instruction*

smp

---

*Delaware Technical & Community College*

**Jack F. Owens Campus**

Post Office Box 610, Route 18   ◆   Georgetown, Delaware 19947   ◆   Telephone: (302) 856-5400

Equal Opportunity/Affirmative Action Institution



STATE OF DELAWARE

## DEPARTMENT OF CORRECTION

245 MCKEE ROAD
DOVER, DE 19904

OFFICE OF THE
COMMISSIONER

TELEPHONE: (302) 739-5601
FAX: (302) 739-8221

May 6, 1999

John Balas
RT 4, Box 137 C
Milton, DE 19968

Dear John :

This letter is to offer you our official congratulations and commend you on your perfect attendance record for 1998. We personally appreciate this achievement.

The Department of Correction is particularly dependent on loyal, conscientious, and dependable employees. You have exhibited these qualities by your perfect attendance.

You and employees like you are the backbone of the Department, enabling it to function smoothly and effectively. We salute you and ask for your continued commitment.

Alan Machtinger
Director
Human Resources and Development

Stan Taylor
Commissioner

Certificate of Recognition

Delaware Technical & Community College

Jack F. Owens Campus

This is to certify that

John J. Balas

has been selected as the Outstanding Student for

Criminal Justice Technology

Awarded this 14th day of May 1999

DELAWARE TECH

_Paul M. N. Solley_
Dean of Students

_Judith R. Rudnick_
Dean of Instruction

**Sussex Correctional Institution**

## MEMORANDUM

**TO:**   MAJ P. Townsend
CAPT G. Flaherty
CAPT G. Truitt

**FROM:** LT David Johnson

**DATE:** 06/26/99

**SUBJ:** Power failure and key drill

On SAT 06/26/99 at 1200 hrs., a power failure drill was conducted in the Pre-trial BLDG. The scenario was a total power failure on HU#2, with loss of the control panel and all lights. All inmates were locked in during the drill and there was no other situation requiring immediate action. The purpose was to ensure staff responded appropriately with the proper keys.

STANDARDS: This scenario requires two sets of keys to be issued from Central Control to allow access to all areas of HU#2; the HU#2 emergency keys and PT hallway emergency keys. It would also require an electrical panel key to check breakers. A minimum of two officers would be required to gain access to HU#2 and deliver the HU#2 emergency keys; one officer would maintain the hallway keys in the hallway while the other would enter the housing unit to assist. Entry in the housing unit should be made within 5 minutes and one cell door opened to ensure the proper set of keys was issued. Safety and security must be maintained at all times.

RESPONSE: At 1200 hrs., CO Alvin Hudson notified CPL J. Balas in Central Control of the situation by telephone. CO S. Fernandez was also assigned to Control at the time. The third officer, CPL K. Rogers, was removed from Control for purposes of the drill and instructed not respond if requested. All other PT personnel were available to respond, if requested. CPL Balas notified CPL D. Searle, the BLDG OIC, of the situation by telephone. CPL Searle instructed CO J. B. Morris to obtain the keys from Central Control, while he attempted to locate the electrical panel for that area. CO Morris obtained the keys in the hallway and entry was made at 1205 hrs. At 1206 hrs., one cell door was opened by key and the drill was terminated. After the keys were issued from Central Control, CPL Balas and CO Fernandez monitored HU#2 by camera, and took control of HU#2 panel in Central Control. The HU#2 inner sallyport door was opened from Central Control. They continued to monitor the situation until the drill was terminated.

RESULTS: The response met all objectives as observed by LT Al Beckett and myself. The electrical panel key is carried on the BLDG OIC key ring and was not required to be issued by Control. There was some discussion that the institution should have been notified of the situation by radio. There is no directive in this matter and consensus was that it was not necessary since the area was secure and there was no emergency. There was also some discussion concerning additional staff in Central Control since one officer was not available. Consensus was to have one additional staff respond to assist in operations as needed and to be available in the event the situation became more serious.



**Department of Correction**
**State of Delaware**
**Sussex Correctional Institution**
RT. 1, Box 500
Georgetown, DE 19947
Telephone: (302) 856-5280

TO:        Cpl. John Balas

FROM:      Capt. Mike Brittingham

DATE:      Oct. 24, 1999

SUBJECT:   Letter of Appreciation

John,

This is a letter of appreciation for your participation as one of the members that I choose to be part of an apprehension team. On Sept. 10, 1999, I requested that you, along with Sgt. Robert N. Smith 3rd, & C/O Thomas Webster go to the town of Milton and attempt to locate a Leon Williams who was erroneously released from S.C.I. You along with the other two officers went beyond your duties to attempt to find and return this inmate to S.C.I. The inmate was returned to S.C.I. through the efforts of the three of you. Thanks for your dedication to your job.

pc:     Warden Kearney
        Deputy Warden Deloy
        Major Townsend
        file

**State of Delaware**
**FORMAL CONTACT PLAN**
(Purpose: - To Reach an Understanding)

( ) - Disciplinary
(xx) - Commendation
( ) - Other

Name ___Cpl. John Balas___                     Date ___10/31/99___

Department ___POP / SCI___

Contact Made By ___S/Lt. Earl Messick___

Reason for Contact ___On 10/27/99, I received a call in reference to Inmate James Moore,___ who had been released earlier. Information revealed the possibility that Inmate Moore had more level 5 sentence to complete. You and C/O John Taylor responded quickly and while keeping contact with me via a cell phone, were able to apprehend Inmate Moore and return him to the secure confines of SCI.

Discussion ___Intensive research performed by Records Clerk Shirley Johnson, revealed a 3___ year level 5 sentence that Inmate Moore's record did not contain. Your quick response time prevented the Department from having to conduct a more intense manhunt that would have resulted in much more expense.

Understanding Established ___You, along with C/O Taylor and Records Clerk Johnson brought___ this incident to a positive end. It is a privilege to work with dedicated staff such as yourself. Congratulations on a job well done.

Employee's Signature - Acknowledging this Coverage

_(signature)_                                      Date 11-9-99

Signature of Employee's Immediate Supervisor

_(signature)_ S/Lt Earl J. Messick               Date 11/9/99

Reviewed By

_(signature)_ Major P. Townsend                   Date 11/9/99



**Delaware Department of Correction**
**Bureau of Prisons**
**Sussex Correctional Institution**
**RT 1, Box 500**
**Georgetown, DE 19947**

November 1, 1999

### LETTER OF COMMENDATION

On October 22, 1999, at approximately 1600 hrs., Records Supervisor Garland Messick reported that Inmate Tony Pate had been released from SCI in error. Records indicated that he should have remained committed on a $500 secured bond. At approximately 1730 hrs., an apprehension team was formed and assigned the task of returning the inmate to custody. The apprehension team consisted of CAPT George Truitt, CPL John Balas, CPL Michael Cathell, and CO Larry Palmer. CAPT Truitt was off-duty at the time and responded from his residence.

CAPT Truitt was assigned as the team leader and coordinated efforts to recover the inmate. CPL Balas reviewed the inmate file and collected other information from other sources, to include CJIS and DELJIS. CPL Cathell and CO Palmer were assigned to prepare the team's equipment and vehicles and act as back-up officers during the search.

At approximately 1830 hrs., the team departed SCI to attempt to locate the inmate, who was believed to be in the Laurel area. Their investigation led them the inmate's employer, a gas station, his residence, and finally to his girlfriend's residence. This operation required the team to enter areas that may be hostile toward law enforcement and question persons who may be reluctant to cooperate. The inmate was located and returned to custody without incident in approximately three hours.

This operation was conducted in a textbook manner according the DOC Escapee Management course. Under CAPT Truitt's direction, the team successfully located the inmate in short time. CPL Balas's research conducted prior to the search was thorough, complete, and provided for a good start to the search. CPL Cathell and CO Palmer ensured the team was properly prepared, as well as providing input and back-up during the operation.

The team's actions during this operation clearly show each member's ability to work together as part of a team under unfavorable, and possibly hostile, conditions. The team clearly focused on the objective and maintained safe and secure surroundings. They demonstrated their ability to plan, research, and execute such an operation, and communicate effectively with potentially hostile persons while maintaining a favorable public image of the Department.

CAPT Truitt, CPL Balas, CPL Cathell, and CO Palmer comprised a successful and efficient team and their actions reflect positively on each as an individual, the apprehension team, and the Department of Correction.

David T. Johnson, SLT
Watch Commander



Delaware Department of Correction

This is to certify that the Bureau Chief for the Bureau of Prisons has awarded a

# Bureau Commendation

TO:    Cpl. John Balas

FOR:   Your quick response in apprehending an inmate, released in error from SCI on October 27, 1999. Your efforts brought this incident to a positive end.

This ___5th___ day of ___May___ 2000

_Bureau Chief_

_Commissioner_





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKee Road
Dover, Delaware 19904

Stan Taylor
Commissioner

(302) 739-5601
Fax: (302) 739-8221
E-Mail: sttaylor@state.de.us

## MEMORANDUM

TO:            John  Balas

FROM:        Stan Taylor
              Commissioner

DATE:        April 25, 2001

SUBJECT:    Perfect Attendance

This letter is to offer you our official congratulations and commend you on your perfect attendance record for the past year.  We personally appreciate this achievement.

The Department of Correction is particularly dependent on loyal, conscientious and dependable employees.  You have exhibited these qualities by your perfect attendance.

You and employees like you are the backbone of the Department, enabling it to function smoothly and effectively.  We salute you and ask for your continued commitment.

_____
Alan Machtinger
Director, Human Resources &
Development

_____
Stan Taylor
Commissioner



State of Delaware

Career Enrichment Program

# Certificate of Training

*This is to certify that*

## John Balas

*has satisfactorily completed the course of*

### Train the Trainer

given this _____ **26th** _ day of _ **April** _____, 20 **01**

_Instructor_

_Manager of Employee Development_



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKee Road
Dover, Delaware 19904

Stan Taylor
Commissioner

(302) 739-5601
Fax: (302) 739-8221
E-Mail: sttaylor@state.de.us

## MEMORANDUM

TO:         John  Balas

FROM:       Stan Taylor
            Commissioner

DATE:       April 25, 2001

SUBJECT:    Perfect Attendance

This letter is to offer you our official congratulations and commend you on your perfect attendance record for the past year.  We personally appreciate this achievement.

The Department of Correction is particularly dependent on loyal, conscientious and dependable employees.  You have exhibited these qualities by your perfect attendance.

You and employees like you are the backbone of the Department, enabling it to function smoothly and effectively.  We salute you and ask for your continued commitment.


_____          _____
Alan Machtinger                     Stan Taylor
Director, Human Resources &         Commissioner
Development

# Pre-Trial Unit
# Sussex Correctional Institution

**Memorandum:**

To :     Corporal John Balas

From:    Lieutenant Michael Atallian
         Lieutenant Truman Mears
         Pre Trial Unit Managers  B- Shift

RE :     Letter Of Commendation

Date :   May 4, 2001


   Recently we had our quarterly inspection by Tony Figario, and as an institution we scored a 98%. This is even better then the last score. It goes without saying that it could never have been done without exceptional staff such as yourself. We would like to take this opportunity to commend you on such an outstanding job that you did in helping us get this building in line. Thank you and please keep up the good work.


   This letter will be part of your evaluation file.


XC:  File



**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
245 MCKEE ROAD
DOVER, DE 19904

OFFICE OF
HUMAN RESOURCES

TELEPHONE: (302) 739-5601
FAX: (302) 739-6740

## MEMORANDUM

TO:        John Balas

FROM:    Stan Taylor
              Commissioner

DATE:    April 25, 2002

SUBJECT:    Perfect Attendance

This letter is to offer you our official congratulations and commend you on your perfect attendance record for the past 2 years. We personally appreciate this achievement.

The Department of Correction is particularly dependent on loyal, conscientious and dependable employees. You have exhibited these qualities by your perfect attendance.

You and employees like you are the backbone of the Department, enabling it to function smoothly and effectively. We salute you and ask for your continued commitment.


_____
Alan Machtinger
Director, Human Resources &
Development


_____
Stan Taylor
Commissioner



CERTIFICATE OF APPRECIATION

*This certificate is awarded to*

Cpl. J. Balas

in recognition of valuable contributions to assist in the apprehension of an escape inmate on March 27th, 2002.

Presented by:

_____
Signature

4/30/02
Date

*State of Delaware*
**Department of Correction**
"Our Top Priority Is To Ensure Public Safety"

Date: 02/18/03

**RECEIVED**

FEB 2 0 2003
02:
SCI WARDEN'S OFFICE

To: Cpl. John Balas - Cert

From: SCI Watch Commander
Capt. George Truitt

Subject: Letter of Appreciation

I want to express my sincere appreciation for your assistance in accomplishing the task of recovering the two (2) improper inmate releases on 2/14/03.

Understand your efforts and teamwork; along with several others prevented these two inmates from evading there imposed sentences.

Therefore fulfilling our obligation to the court orders, and the public we represent.

Sincerely Submitted:

*Capt J.C. Truitt.*

CC: Warden Kearney
D. W. Deloy
Major Townsend
File



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKee Road
Dover, Delaware 19904

**Stan Taylor**
Commissioner

(302) 739-5601
Fax: (302) 739-8221
E-Mail: sttaylor@state.de.us

## MEMORANDUM

TO:          John Balas

FROM:        Stan Taylor
             Commissioner

DATE:        June 9, 2003

SUBJECT:     Perfect Attendance

This letter is to offer you our official congratulations and commend you on your perfect attendance record for the past three consecutive years. We personally appreciate this achievement.

The Department of Correction is particularly dependent on loyal, conscientious and dependable employees. You have exhibited these qualities by your perfect attendance. In recognition of this achievement, you will receive one paid leave day.

You and employees like you are the backbone of the Department, enabling it to function smoothly and effectively. We salute you and ask for your continued commitment.

_____
Alan Machtinger
Director, Human Resources &
Development

_____
Stan Taylor
Commissioner



**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
245 McKee Road
Dover, Delaware 19904

Stan Taylor
Commissioner

(302) 739-5601
Fax: (302) 739-8221
E-Mail: sttaylor@state.de.us

## MEMORANDUM

TO: John Balas

FROM: Stan Taylor
Commissioner

DATE: April 15, 2004

SUBJECT: Perfect Attendance

This letter is to offer you our official congratulations and commend you on your perfect attendance record for the past 4 consecutive years. We personally appreciate this achievement.

The Department of Correction is particularly dependent on loyal, conscientious and dependable employees. You have exhibited these qualities by your perfect attendance. In recognition of this achievement, you will receive one paid leave day.

You and employees like you are the backbone of the Department, enabling it to function smoothly and effectively. We salute you and ask for your continued commitment.

_____
Alan Machtinger
Director, Human Resources &
Development

_____
Stan Taylor
Commissioner



**Security**

**Superintendent**

# Memo

To:      Cpl. John Balas

From:    Major Phil Townsend

Date:    July 8, 2004

Re:      Appreciation

---

I would like to take this opportunity to commend you for "JOB WELL DONE"!  You were instrumental in the recertification of QRT training during February/March of 2004.   Your dedication to this project and SCI are recognized and greatly appreciated.

It is a pleasure to work with such fine staff, and once again, thanks for a job well done.


PT:dmt



State of Delaware
Department of Correction

Certificate of Training

this is to certify that

CPL. JOHN BALAS

has successfully completed a 20 hour training program in

I.P.C. AND DIRECT SUPERVISION

Director of Training

Training Officer

Commissioner



**DEPARTMENT OF THE NAVY**
MOBILE INSHORE UNDERSEA WARFARE UNIT 205
NAVAL RESERVE FACILITY
LEWES, DELAWARE 19958

IN REPLY REFER TO

20 MAY 90

From:  Commanding Officer, MIUW UNIT 205
To:    EM3 JOHN J. BALAS, USNR

Subj:  Outstanding Physical Readiness Achievement, MAY 1990

FIRST AWARD

1.  Your "Outstanding" performance on the Navy Physical
Readiness Test deserves special recognition.  This
accomplishment demonstrates your commitment to the objectives
of the Navy Health and Physical Readiness Program.  You are a
strong, visible leader for an essential program.

2.  I extend my personal congratulations on this noteworthy
achievement and have every confidence that you will continue
to excel.

3.  This accomplishment will be noted on your next
EVAL/FITREP.

R. H. YONKER

Copy to:
PRT file

P469

A0517





**DEPARTMENT OF THE NAVY**
MOBILE INSHORE UNDERSEA WARFARE UNIT 205
NAVAL RESERVE FACILITY
LEWES, DELAWARE 19958

20 OCT 90    IN REPLY REFER TO

From:  Commanding Officer, MIUW UNIT 205
To:    EM3 JOHN J. BALAS, USNR/R

Subj:  Outstanding Physical Readiness Achievement
       SECOND AWARD

1.  Your "Outstanding" performance on the Navy Physical
Readiness Test deserves special recognition.  This
accomplishment demonstrates your commitment to the objectives
of the Navy Health and Physical Readiness Program.  You are a
strong, visible leader for an essential program.

2.  I extend my personal congratulations on this noteworthy
achievement and have every confidence that you will continue
to excel.

3.  This accomplishment will be noted on your next
EVAL/FITREP.

                          R. H. YONKER

Copy to:
PRT file

P471

A0519



Certificate for
OUTSTANDING
Completion of PRT
at
Naval Reserve Facility
Lewes, DE
OCTOBER 1990
Awarded to

EM3 JOHN J. BALAS

SECOND AWARD



**DEPARTMENT OF THE NAVY**
MOBILE INSHORE UNDERSEA WARFARE UNIT 205
NAVAL RESERVE FACILITY
LEWES, DELAWARE 19958

IN REPLY REFER TO

21 JUL 91

From:   COMMANDING OFFICER, MIUW UNIT 205
To:     EM3 JOHN J. BALAS, USNR/R

Subj:   OUTSTANDING PHYSICAL READINESS ACHIEVEMENT

THIRD AWARD

1.   Your "Outstanding" performance on the Navy Physical
Readiness Test deserves special recognition.  This
accomplishment demonstrates your commitment to the objectives
of the Navy Health and Physical Readiness Program.  You are a
strong, visible leader for an essential program.

2.   I extend my personal congratulations on this noteworthy
achievement and have every confidence that you will continue
to excel.

3.   This accomplishment will be noted on your next
EVAL/FITREP.

R. H. YONKER

Copy to:
PRT file



Certificate for
OUTSTANDING
Completion of PRT
at
Naval Reserve Facility
Lewes, DE
JULY 1991
Awarded to
EM3 JOHN J. BALAS

THIRD AWARD

A0522



**DEPARTMENT OF THE NAVY**
MOBILE INSHORE UNDERSEA WARFARE UNIT 205
NAVAL RESERVE FACILITY
LEWES, DELAWARE 19958

IN REPLY REFER TO

1650
Ser 164
1 Nov 91

From:  Commanding Officer, Mobile Inshore Undersea Warfare Unit 205
To:    EM3 John Balas, USNR-R, 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

Subj:  Letter of Appreciation

1.  This letter is in appreciation of your outstanding efforts and dedication to the unit during the period of April 30 through May 15, 1990.  During this period, although severely undermanned, you performed invaluable services in support of the unit's annual active duty and Operation Walleye,  a major joint-service law enforcement operation.

2.  Without your many hours of hard work and attention to detail under arduous and rapidly changing conditions, it would have been impossible to accomplish as much as was done.

3.  You are to be commended for your performance.  It is in keeping with the highest traditions of the Naval Reserve program and is worthy of emulation by all.

R. H. YONKER

Copy to:
Service Record
VMO

P475

A0523



**DEPARTMENT OF THE NAVY**
MOBILE INSHORE UNDERSEA WARFARE UNIT 205
NAVAL RESERVE FACILITY
LEWES, DELAWARE 19958

IN REPLY REFER TO

16 NOV 91

From:   COMMANDING OFFICER, MIUW UNIT 205
To:     EM3 JOHN J. BALAS, USNR

Subj:   "TOP SCORE" PHYSICAL READINESS TEST

1.  Your ability to accomplish the "TOP SCORE" of the unit
(282 points) while performing in the October 1990 Navy
Physical Readiness Test deserves special recognition.  This
accomplishment demonstrates your commitment to the objectives
of the Navy Health and Physical Readiness Program.  You are a
strong, visible leader for an essential program.

2.  I extend my personal congratulations on this noteworthy
achievement and have every confidence that you will continue
to excel.

3.  This accomplishment will be noted on your next
EVAL/FITREP.

R. H. YONKER

Copy to:
PRT file

# Department of the Navy



# Naval Reserve Meritorious Service Medal

ELECTRICIAN'S MATE THIRD CLASS

JOHN JOHN BALAS, USNR-R, 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

*Is issued this certificate in recognition of four years of faithful Naval Reserve Service.*

*Awarded for service completed on*  22 SEPTEMBER 1992

D. J. SPOONER, CDR, USNR
*Commanding Officer*

OPNAV 1650/6 (2/79)   SN0107-LF-016-5031



# Certificate

## of

# Outstanding Performance

*Let it be known that*

## John J. Balas

*has scored "Outstanding"
during the December 1993
Physical Readiness Test.
Mobile Inshore Undersea Warfare Unit
205*

_____
Executive Officer

_____
Commanding officer



Certificate of Achievement

This certifies that

John J. Balas

has successfully scored Outstanding

during the October 1994

Physical Readiness Test

Mobile Inshore Undersea Warfare Unit 205

Seventh Award

Executive Officer

Commanding Officer



**DEPARTMENT OF THE NAVY**
MOBILE INSHORE UNDERSEA WARFARE UNIT 205
NAVAL RESERVE FACILITY
LEWES, DELAWARE 19958

IN REPLY REFER TO

1650
Ser /39
11 Dec 1994

From:   Commanding Office, Mobile Inshore Undersea Warfare Unit
        205, Naval Reserve Facility, Lewes, DE
To:     EM3 John J. Balas, USNR-R, 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

Subj:   LETTER OF APPRECIATION

1.  It is with great pleasure that I convey my sincere appreciation
for your individual dedication and **"CAN DO"** attitude displayed on
29 Oct 1994 and 12 Nov 1994.

2.  You were tasked with convoying the units CESE equipment to and
from Ft. Dix, NJ for the accomplishment of the units mission.  This
evolution was completed without any delays or mishaps to personnel
or equipment.  Additionally, driver training of new personnel took
place during the convoy which directly increased the readiness of
the command.

3.  My personal thanks for a **"JOB WELL DONE"**.

                              R. J. HUMENUCK

Copy to:
S/R

P480

A0528



# Certificate of Achievement

This certifies that

## John J. Balas

has successfully scored Outstanding

during the April 1995

Physical Readiness Test

Mobile Inshore Undersea Warfare Unit 205

Eighth Award

------- Executive Officer -------

------- Commanding Officer -------



**DEPARTMENT OF THE NAVY**
MOBILE INSHORE UNDERSEA WARFARE UNIT 205
NAVAL RESERVE FACILITY
LEWES, DELAWARE 19958

IN REPLY REFER TO
1610
Ser 95156
21 May 1995

From:  Commanding Office, Mobile Inshore Undersea Warfare Unit 205
To:    EM3 John J. Balas, USNR-R, 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

Subj:  SAILOR OF THE QUARTER SECOND QUARTER 1995


1.  It is my distinct pleasure to award this coveted recognition as MIUWU 205's Sailor of the Quarter for the second quarter of calendar year 1995.  I refer to this award as coveted because you were selected by the Chief Petty Officers of this command for not only your exemplary leadership skills and dedication to duty but for your strength of character, impeccable personal appearance and initiative as well as dedication to duty.

2.  Your dedication and attention to detail has stood out and proven to be an asset during the unit's ACE, ORE, and Annual Training (AT) in Halsa, Norway.

3.  In the performance of your duties as the unit's dispactcher, you ensured trip tickets and hard cards were filled out properly according to the 404, as prescribed.  The monthly status reports you submit were on time and very accurate, explaining in detail the discrepancies that existed.  Your dedication to the unit was reflected during the ACE and ORE Inspections in January; where your extra effort and initiative helped the unit score an outstanding in both evolutions.  Your efforts during "AT" did not go unnoticed. Particularly noteworthy was the concern for your shipmates; before any convoy, you instructed the driver's on the condition of the roads and hazards that they might encounter during their trip. Your "SAFETY FIRST" attitude contributed greatly to an injury free annual training.  Your interest and enthusiastic performance of assigned duties with this unit are always evident.

4.  Your contributions to this command and the Naval Reserve cannot be overstated.  CONGRATULATIONS!


R. J. HUMENUCK

# Certificate of Achievement

This certifies that

## John J. Balas

has successfully scored Outstanding

during the October 1995

Physical Readiness Test

Mobile Inshore Undersea Warfare Unit 205

Ninth Award

_____
Executive Officer

_____
Commanding Officer



# Honorable Discharge

## FROM THE ARMED FORCES OF THE UNITED STATES OF AMERICA

*This is to certify that*

JOHN JOHN BALAS 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 CORPORAL E4
153RD MILITARY POLICE COMPANY CS DELAWARE CITY DELAWARE 19706-0704

*was Honorably Discharged from the*

## Army National Guard

### DELAWARE

*of* _____ *and the Reserve of the Army*

*on the* __24TH__ *day of* __JULY 1999__   *This certificate is awarded*

*as a testimonial of Honest and Faithful Service*

*Linden L. Boyer Jr.*
LINDEN L. BOYER, JR.
CW5, AG

"This discharge does not relieve the individual named herein from any unfulfilled obligation to perform military service which may be imposed on him/her by law."

NGB FORM 55   *(Replaces NGB Form 55, dated 2 Jan 82, which is obsolete)*
1 SEP 85

# *RESUME*

## JOHN J. BALAS

24744 Prettyman Road
Georgetown, DE 19947
(302) 684-2870

**CAREER OBJECTIVE:** To obtain a challenging career position working
with people utilizing my skills and experience
with a chance for advancement.

**EDUCATION:** Sussex Correctional Institute – Direct
Supervision Training, Training for the Trainer,
Interpersonal Communication Training, Law
Enforcement Computer Training, Instructor
Training, Tour Guide for Prison, Participated in
seminars where prisoners spoke to troubled
youth

1998 – Delaware Technical & Community
College – Criminal Justice Associate Degree

1992 – University of Delaware – Accounting

1992 - Navy School – Auxiliary Man

1992 – Navy C School – Advanced Base
Power/Plant Maintenance

1989 – University of Delaware – Accounting

1989 – Navy Qualifications School Investigator,
Shoring, Pipe Patching

1988 – Navy Qualifications School Electric
Switch Board Operator, Ventilation
Maintenance School FTC, Norfolk, VA

1987 – Navy Qualifications School – Advanced Damage Control, Class "A" Rover Watch, Heating/Ventilation/Air Conditioning

1986 Navy Qualifications School Marine Engineering Technical Training, Team Fire fighting and General Fire fighting, FTC, Norfolk, VA, Navy Engineering/Apprentice Training

1986 – Graduated from Sussex Central High School – General Studies

**CAPABILITIES:**

Helped to develop a video used to train correctional officers to protect themselves.

Participated in seminars making youth aware of choices.

I am an outdoorsman, hunter and have my own landscaping business. Also helped in construction of my house. Have experience in caring for animals.

As member of Certified Emergency Response Team, taught classes to help certify other correctional officers.

Able to function as an integral part of engineering department as a repair electrician. Conduct routine maintenance and repairs on centrifugal pumps, high and low pressure air compressors, air conditioning units, and globe, gate, ball relief, safety and butterfly valves, and refrigeration units.

**ACHIEVEMENTS:**

Qualified in the Navy in minimum time as Electrical Supervisor

Instrumental in training new personnel on systems and equipment.

Attained the rank of Electrician's Mate Third Class (E-4), in minimal amount of time

Presented with Armed Forces Expeditionary Medal, Navy Unit Commendation Ribbon, and Sea Service Deployment Ribbon

**WORK HISTORY:**    October, 1994 – present  Sussex Correctional Institute, Georgetown, Delaware
Position:  Corporal

August, 1991 – September, 1994 J. Conn Scott, Inc.
Position:  Shipping/Receiving Personnel

March, 1991 – August, 1991 Food Lion
Position:  Frozen Food/Dairy Manager

May, 1990 – March, 1991 R.M. Doughty Electric
Position:  Electrician's helper

August 1989 – April, 1990 Showell Farms
Position:  Debone Supervisor

June, 1986 – June, 1989 U.S. Navy
Position:  E-4 – trained as repair electrician
USS Guadalcanal LPH-7/NTC Great Lakes

April, 1986 – June, 1986 W.T. Wilson Construction
Position:  Carpenter

March, 1986 – April, 1986 Acme Market
Position:  Stock person

A0535

May, 1984 – September, 1984 <u>Masten Lumber Company</u>
Position:  Stock person/lumber yard handler

May, 1982 – September, 1983 <u>Vlasic Foods</u>
Position:  Groundskeeper (summer)

**INTERESTS:**          Hunting, fishing, biking, snow skiing, spending time with pets, nature walking with family

**REFERENCES:**          William Pfaff, Lakeview Estates, Millsboro, De
(302) 934-6864

Lee Mears, Road 471, Georgetown, DE 19947
(302) 856-3714

John & Shirley Otroba, Buttonwood Drive, Lewes, DE 19958 (302) 644-0420





P522

A0538

— 2-15-05 — 2145 —
TIRED BUT FEEL GOOD
            AND FEEL LOVED BY
ALL.

— 2-16-05 — 1015
FEEL TIRED, FEEL DOWN
A LITTLE BUT FOR MOST PART
GOOD FEELINGS, TALKED TO LEE
FEEL BETTER,

            — 1105 —
GETTING READY TO LEAVE TO
    CABELAS. A LITTLE NERVOUS
FEELING FAIR..
            1300
ATE LUNCH STILL NERVOUS ABOUT
TRIP. STOPPED TO GET GAS
CINDY ACTS LIKE SHE ENJOYS
ME & MY COMPANY. FEEL GOOD

I GOT PIZZA IN DOVER
FEEL A LITTLE DOWN BUT
THINGS ARE GOOD FAR ME
WITH CINDY BY MY SIDE.

— 2100 - 2-16-05
LEFT CABELAS - FOUND GOOD DEALS
ON WADERS. EATING DINNER AT
A PLACE CALLED COUSINS. NICE
HAPPY WITH CINDY. TALKING ENJOYING
HER COMPANY. FEEL NO STRESS
SO FAR NO WORRIES. FEEL
SECURE!

— 2-16-05
10130 GOOD DINNER/BACK TO
HOTEL. FEEL RELAXED CALM.
NO PRESSURES. NICE TO BE
WITH CINDY.

                        Am
—2-17-05- 745 WOKE UP, TOOK
SHOWER. WELL RESTED.
LOOKING FORWARD TO SPEND
THE DAY WITH CINDY.

POSITIVES

CINDY.
FEEL GOOD WITH HER.
NO PRESSURE. / NO STRESS,
DOING WHAT WE BOTH WANT TO DO
FRIENDS CHECKING ON ME.

        945
FEELING DOWN / TIRED.
DON'T KNOW WHY. SAD - THINKING
ABOUT EVERYTHING. GOING TO TRY
TO CLEAR MIND AND ENJOY
TIME WITH CINDY.

2-18-05- 1300
    FEELING DOWN SO MUCH
TO DO. GOING TO WORK ON ONE
THING AT A TIME - FEEL
A LITTLE UNSECURE / LONELY
DON'T KNOW WHY. THINKING OFF
INTO SPACE. I FEEL FAIR.

CINDY, SORRY I WASN'T
WHAT YOU WANTED. YOU
DESERVE A LOT OF CREDIT FOR
PUTTING UP WITH me SORRY FOR ALL
THE MISERY I BROUGHT
YOU AND YOUR FAMILY.

REMEMBER I DID THIS BECAUSE I
LOVE YOU. YOU ~~DON'T~~ DON'T NEED
ME TO WEIGH YOU DOWN. LIVE
LIFE TO THE FULLEST, I JUST DIDN'T
WANT TO LIVE ANY MORE.

JONATHAN - YOU BRING ME SO
MUCH JOY WATCHING YOU GROW
UP - YOUR SMART AS A WHIP
YOU HAVE A GOOD HEAD ON YOUR
SHOULDERS - STAY STRONG AND
TAKE CARE OF THE HOME STEAD
YOU ARE EVERYTHING I WANTED
IN A SON.

TIM MCGRAW. —
PLEASE REMEMBER ME

IT'S YOUR LOVE.


LAUREN — YOU BRING ME SO
    MUCH LOVE. I CRY WHEN
I SAY YOUR NAME OR THINK OF
YOU. I FELT YOUR LOVE SO
MUCH. IT'S LIKE GOD TELLS
ME YOU LOVED ME NO MATTER
WHAT. DON'T EVER STOP BEING
YOU. YOU ARE SO WONDERFUL

MOM/DAD - I TRIED TO MAKE
IT, BUT I COULDNT. I AM.
SORRY FOR BEING SO WEAK.
DON'T DWELL ON THIS, LOVE
LAUREN & JONATHAN LIKE NO
OTHER. SORRY I DIDN'T TURN
OUT LIKE YOU WANTED. THE
KIDS NEED YOU SO FOCUS ON THEM
THIS IS NO ONE'S FAULT, DON'T
BLAME CINDY OR ANYBODY, THIS
WAS MY CHOICE.

TO LEE ! I LEAVE YOU

THE SONG

MY OLD FRIEND

TIM McGRAW.

You WERE ALWAYS THERE FOR
ME.

- REMEMBER EVERYBODY YOU SHOULD
LIVE LIKE YOU WERE DYING -

(PLAY) - "THE DANCE" PLEASE
"GARTHBROOKS"

LISTEN TO TIM McGRAW

KILL MYSELF.
"EVERYBODY"
- I DID THIS BECAUSE I
LOVE YOU! -

# Remembrances

# IN MEMORY OF CPL JOHN BALAS

**Written by Sgt Jeff Rogers (SCI Vice President)**

I remember arriving in the parking lot at Sussex Correctional Institution for duty that day and having an officer approach me to tell me the news that we had lost yet another one of our own. In my eleven years with this department I have worn that black band over my badge way too many times in mourning over a fallen officer. But this loss touched us at SCI especially hard due to the fact of the young children he had left behind.

I worked with John in the Receiving Room for the past few years. The one thing I remember most about him was the pride he felt for his two kids. He would always brag about his kids' accomplishments in cart racing, his son's first deer kill, school, and the many things he found time in his extremely busy schedule to make sure he was there for them. I am the father

of two kids myself and remember thinking I wish I could be the kind of father who poured as much time and effort into my kids as John did.

So of course my first thought when I heard of his demise was his kids. We as Correctional Officers chose our profession. We understood the pressures we would undertake when taking that oath. We walk into an environment of negativity the minute we hear those gates close behind us. We get though a shift and remember those words we all heard in the academy, "Don't take it home, leave it at work." But from personal experience it's a lot easier said than done. We not only deal with the inmate and very real dangers of working in a prison, but also face the pressures of the things we see and experience in our tour of duty that become common place to us. These are things the public are unaware of and would

prefer not to know about. But we have no choice but to carry them with us. We are only human. We experience the atrocities and the brutalities of prison life first hand. These events can eventually culminate into a drain on us both physically and emotionally. There is no question that these stresses affect our families.

But remember what I said, WE chose this profession. Not our families. But they deal with the pressures just as we do. With the stresses experienced by those in our profession it is not surprising that we have a lower life expectancy rate, higher suicide rate, and divorce rate than others. Bottom line, as much as we like to pretend our families are shielded from what we experience in our field of work they are affected in a very real way.

With all that said, it seems to me perhaps the best way to remember John is to set up a kind of a tribute to those who

support us everyday. Our families. I propose we create an educational trust fund for the minor children of officers who pay the ultimate price. This will not be a small undertaking. But unfortunately it is a sad fact that in our profession; John's kids will not be the only one's to lose a parent. It will happen again, I am volunteering to start this trust fund project in memory of John. I pray it will never have to be used, but logically we all know it will. But in the event of my own demise, I would like to think our union had something in place to ensure my kids got the educational assistance they would need so they might aspire to attain a career higher than my own. I'm not putting our profession down, but it is for a chosen few. I just wish more for my children, as well as John's. They are the innocent victims in this horrible tragedy. But unfortunately they won't be the last.



*The United States of America*

*honors the memory of*

*John J. Balas*

*This certificate is awarded by a grateful nation in recognition of devoted and selfless consecration to the service of our country in the Armed Forces of the United States.*

*President of the United States*



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SERGEANT WILBUR F. JUSTICE,                    :
                                               :
            Plaintiff,                         :
                                               :
      v.                                       :
                                               :
STANLEY W. TAYLOR, JR., in his official        :        C.A.No.06-497-***
capacity as the Commissioner of Correction;    :
ALAN MACHTINGER, individually and in his       :
official capacity as the Director of Human     :
Resources of the Department of Correction; and :
DEPARTMENT OF CORRECTION OF THE                :
STATE OF DELAWARE,                             :
                                               :
            Defendants.                        :

UNSWORN DECLARATION OF DAVID KNIGHT
UNDER 28 U.S.C. § 1746

I, David Knight, hereby depose and state as follows:

1.      I have personal knowledge of the facts contained in this declaration and, if called

as a witness, I am competent to testify as to those facts.

2.      In July 2004, I was the vice president of the Correctional Officers Association of

Delaware ("COAD") - the correctional officer union. I was an active participant who attended

contract negotiation sessions and meetings.

3.      In July 2004, Sgt. Justice was an institutional vice president of the Correctional

Officers Association of Delaware ("COAD") - the correctional officer union. Sgt. Justice was an

active participant who attended contract negotiation sessions and meetings. His status as a union

official was very well known.

**A. Negotiating a New Contract With DOC**

      4.      During the Summer of 2004, COAD was in contract negotiations with DOC. These negotiation sessions began as face to face meetings between union and prison officials.

      5.      However, after several ineffective meetings laden with heated verbal arguments between the two groups, union and prison officials, began meeting at the same time, but in separate rooms.  This slowed the process down significantly and resulted in a significant amount of time wasted.

      6.      Often, after working painstakingly for hours on revisions to the contract provisions, union officials often waited hours to hear management's responses to their proposals only to be told to go home or simply that their suggestions would not work.  If any proposal suggested by union officials to address the main issues of the contract negotiations somehow benefitted the staff, the answer from management was always no and that it could not be done.

      7.      As a result, the contract negotiation sessions were often unproductive and frustrating.

      8.      Director of Personnel Machtinger was involved in all of the contract negotiations and attended every session.

**B. Union Speech to the Media and the Public**

      9.      In Spring and Summer of 2004, in an effort to put pressure on DOC management and State elected officials to address reform in prison systems, union officials began speaking to the media to disseminate our message of the need for reform in the Department of Correction.

      10.      During this time, there was a regular flood of newspaper articles and media attention about many issues plaguing the DOC.

      11.      These issues included dire health and safety issues, the severe understaffing

2

present throughout DOC, low wages for correctional officers, the lack of longevity pay or a career ladder, the inability of DOC to retain correctional officers after ten years of service, and lapses in security, among other things.

12.     COAD was also responsible for several large billboards which were posted across the State in an effort to increase public awareness.  These billboards mainly focused on the understaffing problem within the prison system.  Several slogans included:

Delaware
The First State
Unable To Staff Its Own Prisons

Delaware Corrections
Doing More With Less
More Inmate Less Staff

Delaware Corrections
Where Minimum Staffing...
Would be an Increase

Welcome to Sussex County
For Your Safety Obey the Law
We Cannot Staff Our Prisons


Delaware
It's Good to be the First
To Build Prisons Without Staff


13.     One billboard ran directly underneath a billboard paid for by Governor Minner supporting her re-election.  After a few days, Minner's billboard was changed to simply state "Vote Democrat."

**C. Union Speech and Petitions to Elected Officials**

14.     During this time, union officials spoke directly with elected officials such as in the Legislature.  We were in constant contact with Legislatures, often in their offices one to two

3