## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CINDY L. BALAS a/k/a CINDY L. ADKINS,     :
Executrix of the Estate of CORPORAL JOHN J.  :
BALAS,                                     :
                                          :
       **Plaintiff,**                        :
                                          :
       v.                                 :     C.A.No. 06-592-JJF
                                          :
STANLEY W. TAYLOR, JR., individually and  :
in his official capacity as the Commissioner of  :
Correction; ALAN MACHTINGER,              :
individually and in his official capacity as the  :
Director of Human Resources of the Department :
of Correction; MICHAEL DELOY, individually :
and in his official capacity as Deputy Warden of :
Sussex Correctional Institution; CAPTAIN  :
DAVID WILKINSON, individually;            :
LIEUTENANT TRUMAN MEARS,                  :
individually; and DEPARTMENT OF           :
CORRECTION OF THE STATE OF                :
DELAWARE,                                 :
                                          :
       **Defendants.**                       :
                                          :

### APPENDIX TO PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO
### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### (B1-10)

**THE NEUBERGER FIRM, P.A.**
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
**CHERYL A. HERTZOG, ESQ. (*Pro Hac Vice*)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com
CherylH@NeubergerLaw.com

Dated: February 19, 2008       Attorneys for Plaintiff

i

## TABLE OF CONTENTS

Corporal Job Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B1

CERT Job Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B4

*i*

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on

February 19, 2008, I filed this **Appendix** with the Clerk of the Court using CM/ECF which will

send notification of such filing to the following:

> Ralph Durstein, Esquire
> Stacey Xarhoulakos, Esquire
> Department of Justice
> Carvel State Office Building
> 820 North French Street
> Wilmington, DE 19801

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**

Balas \ Appendix \ SJAB Appendix \ SJAB Appendix TOC.final

# CORPORAL JOB DESCRIPTION

Ü00381

B1



**Office of Management and Budget/Human Resource Management**

Close

Print

Correctional Corporal (#MBDB02 )

$31,454.00 Yearly Min / $41,938.00 Yearly Mid / $52,423.00 Yearly Max



Email Me when a Job Opens for the above position(s)

### Summary Statement

A class incumbent is responsible for acting as a lead worker and participating in the maintenance of discipline and security on a less difficult shift or assisting a correctional sergeant in supervising the work of an assigned area on a more difficult shift within a correctional and/or detention facility.

### Nature and Scope

A class incumbent reports to a technical superior, typically a Correctional Sergeant or Correctional Lieutenant. An incumbent is responsible for directly supervising and participating in the enforcement of all rules and regulations affecting discipline, security and housekeeping within a designated location/unit on the assigned shift.  he assignment shift may be a less difficult shift that does not require a high level of direct supervision, a smaller portion of a unit on a difficult shift such as a section within a larger housing unit or complex assignments such as the Transfer Unit Commissary or Mail Room. Class incumbent is responsible for implementing policies and procedures ensuring the redeployment of staff, and for the enforcement of rules and regulations and policies of the institution and the department. An incumbent may lead and participates in periodic counts of inmates to assure their location and custody and the searching of inmates, employees, visitors, cell blocks and/or other structures to detect prohibited contraband or defects in the security system. A class incumbent provides training and guidance to both newly hired and experienced employees. Incumbents conduct inspections of staff assigned to the location/ unit to insure timely arrivals, proper uniforms and conduct. An incumbent maintains and prepares or oversees the preparation or various reports/logs regarding unit activities, problems and/or incidents which occurred during the assigned shift or at assigned locations. A significant aspect of the work involves working effectively with the inmates in order to obtain their confidence and cooperation.

### Essential Functions

Essential functions are fundamental, core functions common to all positions in the class series and are not intended to be an exhaustive list of all job duties for any one position in the class. Since class specifications are descriptive and not restrictive, incumbents can complete job duties of similar kind not specifically listed here.

- Supervises and participates in the maintenance of discipline, order, security and housekeeping of assigned locations and/or staff.

- Supervises and participates in periodic shakedowns of buildings, grounds, and cells blocks to detect contraband or defects in the security system.

- Observes inmate activities to detect unusual or prohibited behavior which may be threat to the security of the facility or the safety of the inmate, other inmates, employees or visitors.

- Implements prescribed policies and procedures, insures the enforcement institutional departmental rules and regulations.

- Conducts inspections of staff and monitors works of staff in assigned unit location.  Provides training to newly hired and experienced employees.

000382

- May supervise less difficult/lower activity activity shift, in areas such as the control of security gates, the processing of new inmates, and the review of commitment, release or transfer documents.

- May supervise complex activities such as the mail room, commissary, transfer unit, visit room or highway project unit.

- Prepares or supervises the preparation of shift logs, records and reports.

Knowledge, Skills and Abilities

The intent of the listed knowledge, skills and abilities is to give a general indication of the core requirements for all positions in the class series; therefore, the KSA's listed are not exhaustive or necessarily inclusive of the requirements of every position in the class.

- Knowledge of the rules, regulations, policies and procedures of the facility and department.
- Knowledge of standard procedures for maintaining security.
- Knowledge of supervisory principles and practices.
- Knowledge of self-defense, riot control and the use of firearms and other protective equipment.
- Knowledge of federal state laws governing the rights of inmates.
- Knowledge of the techniques used in the detection of weapons and other contrabands.
- Knowledge of the attitudes, behaviors and group habits of persons in custody.
- Skill in self-defense techniques and the use of restraint procedures.
- Skill in the use of assigned weapons and other protective equipment.
- Skill in training and guiding assigned correctional staff.
- Skill in the application of institutional/departmental rules.
- Skill in the observation of inmate activities and detection of unusual or prohibited behavior which may be a security threat.
- Ability to supervise the activities of inmates.
- Ability to maintain records and prepare accurate reports, regulations, policies and procedures.
- Ability to act quickly and calmly in an emergency.
- Ability to establish and maintain effective working relationships with employees and inmates or detainees.

Job Requirements

**JOB REQUIREMENTS for Correctional Corporal**
Applicants must have education, training and/or experience demonstrating competence in each of the following areas:

1. One year experience as a Correctional Officer or equivalent experience.
2. Possession of a Drivers License.

CLASS: MBDB02          EST: 7/1/1988          REV:          FORMERLY JOB CLASS: 45725

U00383

# CERT TEAM DESCRIPTION

U00399

Correctional Emergency Response Team (CERT) Mission:
Team Membership: Membership is open to sworn officers from the BOP, BCC, and BMS in accordance to DOC Policy 9.20. Applications are accepted on a continuous basis.

Security Programs: CERT is expanding its current program to include two primary components, a tactical component (CERT), and an intelligence component known as the Central Intelligence Group (CIG).

CERT Program: The Cert program has grown significantly over the past two years. Team member development is a big part of our program and uses a three-tier development model. Applicants receive 5 weeks of basic training, bringing them to an operator 1 level. After an 18 month probationary period members may advance into the operator two series, training in one of 5 different specialized areas. Those members who desire to move into team supervision and management may then advance to the operator three (team Leader) level. All CERT members receive two days of monthly training and receive on-call pay. Members are on-call at all times and issued a pager.        Applicants must meet the minimum requirements established in DOC policy 9.20 prior to entering the Basic course.

If you are interested in joining CERT, print and fill out the CERT Application Link and forward it to Major Timothy Radcliffe, CERT headquarters, 245 Mckee Road, Dover, DE 19904

CIG Program: CERT Headquarters is now accepting applications for volunteer CIG members. We are seeking officers with specific technical expertise in a variety of intelligence gathering areas that will act as emergency responders during CERT activations (riot, escape, hostage events, etc.). Candidates will receive basic training in emergency operations and the role of the CIG, they will then participate in monthly training and receive on-call pay.
There will be one CIG team in each county and each team will be made up of a group of technicians as follows:
Computer Network Information Technician - Applicant should have significant experience in the investigative use of DACS, DELJIS, CJIS, NCIC and Internet based information systems.
Communications Technician - Applicant should have significant experience in radio transmission or microwave communication technology, and /or training and experience in telecommunications systems to include the operation of the inmate phone system, and/or experience in PC networking.
Physical Plant Technician - Applicant should have basic technical training and experience in the operation of one or more of the following areas: electrical, hvac, plumbing, security doors and locks, and have experience in reading blueprints, and have good basic computer skills.

00400

| POLICY OF STATE OF DELAWARE DEPARTMENT OF CORRECTION | POLICY NUMBER 9.20 | PAGE NUMBER 1 OF 5 |
|---|---|---|
| | **RELATED ACA STANDARDS** | |
| **Chapter: 9** | **SUBJECT: SELECTION /TRAINING FOR CORRECTIONAL EMERGENY RESPONSE TEAM (CERT), HOSTAGE NEGOTIATION TEAM (HNT) MEMBERSHIP, AND THE CENTRAL INTELLIGENCE GROUP (CIG)** | |
| **APPROVED BY THE COMMISSIONER:** | | |
| **EFFECTIVE DATE:** | | |

Purpose:
   To establish the selection process and minimum standards of applicants to fill vacancies on CERT, HNT teams and the CIG within the Department of Correction.  It will be the responsibility of the CERT Commander and the Bureau Chief of Prisons to determine the manning needs of each team and to which facilities the teams will be assigned.

Definitions:
   CERT  = Correctional Emergency Response Team.
   HNT (Subdivision of CERT)  = Hostage Negotiation Team
   CIG (Positions under direct supervision of CERT HQ) =Central Intelligence Group
   CERT Headquarters = the office in charge of CERT/Transportation operations

Procedure:
1)  CERT
   A.  When vacancies exist on CERT and authorized by the CERT Commander, an announcement will be sent to all facility Wardens and Section/Unit administrators to be posted at designated locations.
   1.  All interested, sworn Officers in the following classifications will complete a CERT application (Attachment #1) and submit it directly to CERT Headquarters
   **Office of the Commissioner:** Correctional series positions to include Correctional Officer thru Correctional Captain, CO/Series positions, Training Educators, Staff Training Relief Officers
   **Bureau of Prisons:** Correctional series positions to include Correctional Officer thru Correctional Captain and CO/Series positions
   **Bureau of Community Corrections:**  Correctional series positions to include Correctional Officer thru Correctional Captain, Probation and Parole Officer I, Probation Officer II, Senior Probation and Parole Officer, and Probation and Parole Officer Supervisor.

U00401

B6

| STATE OF DELAWARE DEPARTMENT OF CORRECTION | POLICY NUMBER 9.20 | PAGE NUMBER 2 OF 5 |
|---|---|---|
| | | |

**Bureau of Management Services:**  CO/Series positions,

    C.  CERT Headquarters will review all applications and verify all information provided by the applicant.

    D.  CERT Headquarters will review training and personnel records to determine if applicant meets minimum standards as set forth:

        1.  No disciplinary action in the past 2 years (Beginning with written reprimand)

        2.  No evaluation below meets expectations in the past 2 years

        3.  Weapons and gas certifications applicable to current position are up to date

        1.  Applicant must have completed initial probationary period prior to CERT Basic course graduation date.

        2.  Applicant must live within 30 minutes of the institution he/she will be assigned as a team member.

        3.  A review of a CERT applicant's time card will be conducted to determine the applicant's reliability.

    4.  After the applicant is determined to have met minimum standards, an appointment for a physical fitness test and weapons proficiency test will be scheduled.

        a)  The physical fitness test will have the following minimum standards for consideration of an applicant:

            1.  75 sit-ups in two minutes or less

            2.  30 pushups in two minutes or less

            3.  6 pull ups, palms out

            4.  2 mile run in 17 minutes or less

        b) Weapons proficiency test

            5.  Applicants must score a minimum of 85% of a possible 100% on standardized DOC courses of fire, using standard department issued side arms.

    6.  If an applicant is deemed qualified, he/she will be notified in writing of their selection as a CERT candidate.  This letter will include the CERT Basic Course start date and instructions for the candidate to follow prior to the course beginning. The Warden/Budget unit manager or section administrator will be notified of all candidates from their unit that have been accepted to a CERT Basic course.

Ü 0 0 4 0 2

| STATE OF DELAWARE DEPARTMENT OF CORRECTION | POLICY NUMBER 9.20 | PAGE NUMBER 3 OF 5 |
|---|---|---|
| | | |

1. CERT candidates must be available for all dates of the CERT Basic course, No exceptions. CERT candidates must complete all phases of the CERT Basic Course with a minimum standard of 85% in each area.  Failure to do so will be an automatic **DROP** from the course.

2. If an applicant is deemed unqualified during the application process he/she will not be selected for CERT membership.

    Written notification of non-selection will be sent to the applicant. This letter will include the reason for non-selection. CERT Headquarters will keep this letter and all information gathered during the selection process on file. Appeals by applicants for non-selection will be made in writing and shall be submitted directly to the CERT Commander or Assistant CERT Commander within 5 calendar days. Applicants will be able to reapply in future processes only after they have provided satisfactory evidence to the CERT Commander or Assistant Commander that the reason or reasons for non-selection have been corrected.

3. The CERT Commander will be responsible for the development of training curriculum and record keeping standards for the CERT Basic and monthly refresher training programs.

    CERT Candidates will receive a minimum of 200 hrs basic training
    CERT refresher training will be a minimum of 160 hrs per year
    The CERT Commander will be responsible for "qualifying" refresher-
        training hours based on the skill sets of individual CERT members.

2) HNT  (Hostage Negotiation Team)

    A. HNT teams, as approved by the Bureau Chief, will function under the direct authority and supervision of the Institutional Warden or his/her designee.
    B. The Warden or his/her designee will develop procedures for determining staff levels on the HNT and the methods by which those positions will be filled
    4. The Warden or his/her designee will develop training procedures to include the initial, and refresher training of the HNT. The Director of the Training Academy will ensure that all procedures are uniform throughout the Department of Correction

ü 0 0 4 0 3

| STATE OF DELAWARE DEPARTMENT OF CORRECTION | POLICY NUMBER 9.20 | PAGE NUMBER 4 OF 5 |
|---|---|---|
| | | |

3) CIG (Central Intelligence Group)

    A. The CIG group, as approved by the Bureau Chief of prisons will function under the direct authority and supervision of CERT Command.
The CERT Commander will develop procedures, and training guidelines for the operations of the CIG.

    B. DOC Employees, regardless of classification, interested in joining the CIG will complete and submit a CIG application to the CERT Commander who shall select personnel based on the specific skills, training or experience needed for the group to include:

      1. Computer Network Information Gathering:
        a. Applicant will demonstrate experience or training in the use of any/all of the following:
          i. DELJIS, NCIC, DACs, NEXUS, and Internet based info systems such as map quest, reverse phone search, geological survey.

      2. Physical Plant Operation:
        a. Applicant will demonstrate knowledge, training or experience in any/all of the following areas:
          i. Basic operation of commercial electrical, HVAC, plumbing, and security door systems
          ii. Applicant should have basic computer skills to include knowledge and experience in the use of Microsoft Office Word, Excel, and Outlook.
          iii. Applicant should have basic knowledge in blueprint reading and/or CAD PC software.

      3. Communications:
        a. Applicant will demonstrate training or experience in any/all of the following technical areas:
          i. Operation and maintenance 800 and 400 mhz radio systems
          ii. Operation and maintenance of Institutional staff and Inmate phone systems
          iii. PC Network/Programming technician
          iv. Institutional Audio/Video Surveillance systems within assigned region.
          v. Dispatcher experience.

U00404

| STATE OF DELAWARE DEPARTMENT OF CORRECTION | POLICY NUMBER 9.20 | PAGE NUMBER 5 OF 5 |
|---|---|---|
| | | |

1. Planning:
   a. Applicant will demonstrate training and experience in any/all of the following areas:
      i. Well versed in Microsoft Office software to include Word, Excel, Access.
      ii. Proficient in technical writing and graphic design.
      iii. Basic knowledge of emergency plans for institutions within assigned region.
      iv. Basic knowledge of CERT Tactics and capabilities (Riot Assault Escape)
      v. Proficient in the use of digital imaging devices. (Cameras/Recorders/Scanners)
      vi. Supervision
      vii. Logistics: Inventory control/Resource Management

00405