**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE  19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE  19947
(302) 856-5353
Fax: (302) 856-5369
TTY: (302) 856-2500

**PLEASE REPLY TO:**

[New Castle County Civil Division]

February 21, 2008

The Honorable Joseph J. Farnan
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

           Re:  *Balas  v. Taylor, et al.*
                 C.A. No. 06-592-JJF

Dear Judge Farnan:

      A pretrial conference is scheduled in this matter on April 10, 2008.  The defendants respectfully requests a new date for the conference as counsel for the defendants will be out of the state for a seminar from April 9-11.  Counsel for the plaintiff was contacted for the plaintiff's position on the request.  Counsel responded that the plaintiff is opposed to the request and prepared to go forward on April 10, but did not otherwise provide a reason for their opposition.

      I remain available at the Court's convenience if anything further should be required.

                                                Respectfully,

                                                /s/ *Stacey Xarhoulakos*

                                                Deputy Attorney General

     cc:     Stephen Neuberger, Esquire (via e-file)