# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE
CHERYL A. HERTZOG, ESQUIRE*
\*(Licensed in PA and NJ only)

PHONE: (302) 655-0582
FAX: (302) 655-9329

February 21, 2008

<u>Via CM/ECF Filing</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:   **Balas v. Taylor, et al.,** C.A. No. 06-592-JJF

Dear Judge Farnan:

I write in reference to the defense letter (D.I. 69) of earlier today.

Briefly, the reason for plaintiff's opposition to the defense request is that long scheduled Court proceedings, such as pretrial conferences scheduled by the Court nearly one year ago (<u>see</u> D.I. 14), should take precedence over recently scheduled seminars which counsel would like to attend.

I am at the Court's disposal to address this matter further.


Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:   Ralph Durstein, Esquire (via CM/ECF)

Balas \ Letters \ Farnan.02