# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE
CHERYL A. HERTZOG, ESQUIRE*
    *(Licensed in PA and NJ only)

PHONE: (302) 655-0582
FAX: (302) 655-9329

March 6, 2008            <u>Via CM/ECF Filing</u>

The Honorable Joseph J. Farnan
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE:    **Balas v. Taylor, et al.,** C.A. No. 06-592-JJF
         **Joint Letter Regarding Motions in Limine**

Dear Judge Farnan:

     This is a joint letter, submitted on behalf of both plaintiff and defendants.

     The pretrial conference in this case is scheduled for May 8, 2008. The parties respectfully request the Court's guidance regarding the filing of Motions in Limine. The parties have reviewed the Rule 16 Scheduling Order as well as the procedures listed on the Court's website and are unclear about the Court's practice regarding such motions. Specifically, the parties are unclear whether the Motions must be fully briefed and submitted along with the pretrial order prior to the pretrial conference, or if the procedure regarding such Motions will be addressed at the pretrial conference.

     The parties are at the Court's disposal to address this matter further.


Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:     Ralph Durstein, Esquire (via CM/ECF)
         Stacey Xarhoulakos, Esquire (via CM/ECF)

Balas \ Letters \ Farnan.03.final