IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CINDY L. BALAS a/k/a CINDY L. ADKINS,** Executrix of the Estate of CORPORAL JOHN J. BALAS, | : : : : | |
| **Plaintiff,** | : : | |
| v. | : : | C.A.No. 06-592-JJF |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : : : : : : : : | |
| **Defendants.** | : | |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Local Rule 83.7, please withdraw the *Pro Hac Vice* admission and appearance of Cheryl A. Hertzog, Esq. as counsel for plaintiff. Attorneys Thomas S. Neuberger, Esq. and Stephen J. Neuberger, Esq., both members of the Bar of this Court, remain as counsel of record for plaintiff.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302

Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: March 14, 2008                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Thomas S. Neuberger, being a member of the bar of this Court, do hereby certify that on March 14, 2008, I electronically filed this **Notice** with the Clerk of the Court using CM/ECF and served the following individuals by the means indicated:

>Ralph Durstein, Esquire
>Stacey Xarhoulakos, Esquire
>Department of Justice
>Carvel State Office Building
>820 North French Street
>Wilmington, DE 19801

>/s/ Thomas S. Neuberger
>**THOMAS S. NEUBERGER, ESQ.**