IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS, Executrix of the Estate of Corporal John J. Balas, | : <br> : <br> : <br> : <br> : |
| Plaintiffs | : <br> : |
| v. | : Civil Action No. 06-592-JJF <br> : |
| STANLEY W. TAYLOR, JR., et al., | : <br> : |
| Defendants. | : |

### O R D E R

WHEREAS, the Court has granted Defendant's request to postpone the April 2008 Pretrial Conference in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **May 8, 2008, at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

March 18, 2008
DATE

UNITED STATES DISTRICT JUDGE