IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CINDY L. BALAS a/k/a CINDY L. ADKINS,** Executrix of the Estate of **CORPORAL JOHN J. BALAS,** | : : : : : |
| **Plaintiff,** | : : |
| v. | : C.A.No. 06-592-JJF |
| | : |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : : : : : : : : |
| **Defendants.** | : |

## VOIR DIRE

**Plaintiff's Proposal:**

     1.    Are you or any of your close friends or relatives employed by the Department of Correction or the State of Delaware?

     2.    Are you, or a family member, relative or close friend, related to or personally acquainted with the plaintiff, Cindy L. Adkins (formerly Cindy L. Balas)?

     3.    Were you, or a family member, relative or close friend, related to or personally acquainted with the decedent, John J. Balas?

     4.    Are you, or a family member, relative or close friend, related to or personally

acquainted with the defendant Truman Mears?

5. Are you acquainted with the judge in this case?

6. Do you have any reason to favor or disfavor attorneys who represent plaintiff?

7. Do you have any reason to favor or disfavor attorneys who represent defendants?

8. Have you or any of your close friends, relatives, or family members ever been a plaintiff or a defendant or any other party in a criminal or civil court proceeding?

9. Do you have any personal knowledge of this case, or have you read about it or heard it discussed or have any opinion regarding it?

10. Do you feel you can be a fair and impartial juror?

11. Do you have any strong feelings about lawsuits in general?

12. Do you believe a person who brings a lawsuit should win or lose it?

13. Do you believe a person who defends a lawsuit should win or lose it?

14. Do you believe that a lawsuit is not the proper method for solving disputes?

15. Do you know of any other matter which you believe should be called to the Court's attention as having some bearing on your qualifications or ability to serve as a juror, which you think may prevent you from rendering a fair and impartial verdict based solely on the evidence presented and the Court's instructions as to the law?

16. Do you have any strong feelings about the justice system?

17. Would that experience or feeling affect your ability to fairly and impartially serve as a juror in this case?

18. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

19. Have you, your spouse, or a family member, relative or close friend ever been convicted of a serious crime in Delaware or any other location?

20. Have you or a family member, relative or close friend ever been treated unfairly by law enforcement?

21. Have you or a family member, relative or close friend ever been incarcerated in the State of Delaware?

22. Have you or a family member, relative or close friend ever been incarcerated in any type of prison facility in any other State or country?

23. Are you, a family member, relative, or close friend related to or personally acquainted with any of the attorneys in this case: Thomas S. Neuberger, Esquire; Stephen J. Neuberger, Esquire; Ralph Durstein, Esquire; Stacey Xarhoulakos, Esquire?

24. Does any member of the jury know any of the following witnesses:

> Lt. Truman Mears, DOC
> Capt. David Wilkinson, DOC
> Warden Michael Deloy, DOC
> Alan Machtinger, DOC
> Stanley Taylor, DOC
> Cpl. Jeff Foskey
> Sgt. Allen Adams
> Cpl. Heath Shockley
> Officer David West
> Cpl. Dennis Murray
> Officer Harry Hastings
> Officer Jon Mumford
> Cpl. Scott Bradley

        Thomas C. Borzilleri, Ph.D.

        Carol A. Tavani, M.D.

        Henry Purnell, ret. DOC

        David Knight, DOC

        Wilbur Justice, ret. DOC

        Uday Jani, M.D.

        Paul Peet, M.D.

        Arthur Lee Mears, ret. DOC

        Cindy Balas (a/k/a Cindy Adkins)

**Defendants' Proposal:**

The defendants respectfully request that the Court propound the following questions, in addition to the standard voir dire, to the jury pool in the above matter.

1. Have you been exposed to any newspaper, radio, or television accounts of this case or other lawsuits or claims involving the Department of Correction of the State of Delaware?

2. Has anyone discussed with you, or attempted to discuss with you, this case or other lawsuits involving the Department of Correction of the State of Delaware?

3. Are you aware of any statements made by the lawyers for the plaintiffs in this case: Thomas Neuberger and Stephen Neuberger, to the news media, regarding this case, any of the defendants, or the Department of Correction of the State of Delaware?

4. Has the news media attention to the Department of Correction in general in recent months caused you to form an opinion or attitude toward the prison administration in the State of Delaware?

5.  Given the coverage in the news media of issues involving State prisons, are you able to fairly consider the evidence and render an impartial verdict, in a case involving the Department of Correction, that includes prison officials and correction officers as witnesses?

6.  In this case you will hear testimony concerning a job action undertaken by members of a labor organization – a union.  The decedent was a member of the union, and some of the defendants held management positions at the time of the job action.  Is there anything in your background, either as a union member or as a representative of management for a company, that would affect you as a juror in considering such evidence?  Would your background or your experiences prevent you from considering the evidence in a fair and impartial manner?

7.  If your response to any of these questions was "yes", or if you have questions or concerns about these matters, or doubts or reservations about serving on a jury hearing evidence in such a case, please come forward.