**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS, | : | |
| Executrix of the Estate of CORPORAL JOHN J. | : | |
| BALAS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 06-592-JJF |
| | : | |
| STANLEY W. TAYLOR, JR., individually and | : | |
| in his official capacity as the Commissioner of | : | |
| Correction; ALAN MACHTINGER, | : | |
| individually and in his official capacity as the | : | |
| Director of Human Resources of the Department | : | |
| of Correction; MICHAEL DELOY, individually | : | |
| and in his official capacity as Deputy Warden of | : | |
| Sussex Correctional Institution; CAPTAIN | : | |
| DAVID WILKINSON, individually; | : | |
| LIEUTENANT TRUMAN MEARS, | : | |
| individually; and DEPARTMENT OF | : | |
| CORRECTION OF THE STATE OF | : | |
| DELAWARE, | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S PROPOSED SPECIAL VERDICT

DO YOU UNANIMOUSLY FIND THE FOLLOWING BY A PREPONDERANCE OF THE EVIDENCE?

**A. The Claim Under the First Amendment.**

1.  Do you find that John Balas was the victim of adverse action that was sufficient to

    cause a reasonably hardy person to refrain from exercising his rights under the

    First Amendment?

    Yes _____

    No _____

1

[*If you answered "Yes" to question 1, go on to question 2.  If you answered "No" then your deliberations have ended.  Please sign the last page and submit.*]

2.      Do you find that John Balas has proven that his protected activity under the First Amendment was a substantial or motivating factor in adverse action taken against him?

        Yes _____

        No _____

[*If you answered "Yes" to question 2, go on to question 3.  If you answered "No" then your deliberations have ended.  Please sign the last page and submit.*]

3.      Do you find that the defendant Truman Mears has proven that he would have treated John Balas the same even if John Balas had not engaged in protected activity under the First Amendment?  *(Remove question if same decision anyway defense is taken out of case)*

        Yes _____

        No _____

[*If you answered "No" to question 3, go to question 4.  If you answered "Yes" then your deliberations have ended.  Please sign the last page and submit.*]

**B. Damages**

4.      Were the actions taken against John Balas the proximate cause of any damage to him or his estate?

        Yes _____

        No _____

*[If you answered "Yes," to question 4, go on to question 5. If you answered "No" then go to question 8.]*

5.      What dollar amount will fairly compensate John Balas for any emotional distress, injury to reputation, and/or humiliation suffered by him as a result of the violation of his rights?

$ _____ for emotional distress.

$ _____ for injury to reputation.

$ _____ for humiliation.

*[Go to question 6.]*

6.      What economic damages, if any, do you find that John Balas' estate will suffer into the future including the loss of earnings and pension losses based upon the probable duration of the John Balas' life had not the injury occurred, reduced to present value?

$ _____

*[Go to question 7.]*

7.      What economic damages, if any, do you find that John Balas' estate suffered for funeral expenses?

$ _____

*[Go to question 8.]*

8.      Do you find that the defendant Truman Mears acted recklessly, intentionally, or maliciously with regard to John Balas?

Yes _____

No _____


If you answered "Yes" and you wish to exercise your discretion to award punitive damages, enter below what you believe to be the amount of punitive damages which you believe is appropriate to punish and deter the defendant's illegal conduct.


$_____


[**Your deliberations have now ended.**]

**THE FOREGOING IS THE VERDICT OF THE JURY**
**EACH JUROR MUST SIGN BELOW**

_____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

Dated: _____