IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CINDY L. ADKINS,<br>Executrix of the Estate<br>of JOHN J. BALAS,<br><br>   Plaintiff,<br><br>   v.<br><br>TRUMAN MEARS, and the<br>DEPARTMENT OF CORRECTION<br>of the STATE OF DELAWARE,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 06-592-JJF |

## DEFENSE SPECIAL VERDICT INTERROGATORIES

  1.  Did the decedent, John Balas, engage in any "protected speech", as that term has been defined in the Court's instructions?  If your answer is "no", the foreperson should sign this form and return it to the Court.  If you answer is "yes", proceed to question #2 below.

  2.  Did the defendant, Lt. Truman Mears, engage in any activity that was done in retaliation for any "protected speech" on the part of Balas?  If your answer is "no", the foreperson should sign this form and return it to the Court.  If you answer is "yes", proceed to question #3 below.

  3.  Was the decedent, John Balas, harmed in any way by the conduct of Lt. Balas that you find was in retaliation for his "protected speech"?  If your answer is "no", the foreperson should sign this form and return it to the Court.  If you answer is "yes", proceed to question #4 below.

    4.    What is the dollar amount of any damages sustained by John Balas during his lifetime that were caused by any retaliation by Lt. Mears for "protected speech" on the part of Balas?

$ _____

/s/ _____

Foreperson

Dated: _____