# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE

PHONE: (302) 655-0582
FAX: (302) 655-9329

April 30, 2008                                                                      **Via CM/ECF Filing**

The Honorable Joseph J. Farnan
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE:   **Balas v. Taylor, et al.,** C.A. No. 06-592-JJF
      **Submission of Pretrial Papers**

Dear Judge Farnan:

     This afternoon, plaintiff submitted the following pleadings in anticipation of the pretrial conference on May 8, 2008. Each of these pleadings has been electronically linked to this letter on the docket.

- The Parties' Joint Proposed Pretrial Order and Stipulation
- The Parties' Joint Proposed Jury Instructions
- The Parties Joint Proposed Voir Dire
- Plaintiff's Proposed Special Verdict Form
- Defendants' Proposed Special Verdict Form.

     Hard copies of all of these documents will be submitted to the Court in binders for ease of use at the pretrial conference. Additionally, a Notice of Paper filing of a hard copy of the parties' exhibits will be delivered to the Court, per the Court's instructions of earlier this week.

     The parties will continue to work to narrow or resolve their disagreements and if particular sections of these pleadings are updated, the parties will submit them to the Court along with hard copies to substitute into the respective sections of the pretrial binders.

     I am at the Court's disposal to address these matters further.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc: Ralph Durstein, Esquire (via CM/ECF)
    Stacey Xarhoulakos, Esquire (via CM/ECF)

Balas \ Letters \ Farnan.04.final