**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

[New Castle County Civil Division]

May 2, 2008

The Honorable Joseph J. Farnan
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

                Re:   *Balas v. Taylor, et al.*
                      C.A. No. 06-592-JJF

Dear Judge Farnan:

      Defendants have submitted an amended pretrial order in the above-captioned case. (D.I. 78). Court staff has indicated that they will substitute the amended version in place of the existing order found at D.I. 78. The amended pages include the addition of defense counsel's electronic signature on the last page of the order, and defendants' responses to objections of plaintiff's counsel in Exhibit Schedule (6)(1) of the order.

      I remain available at the Court's convenience if anything further should be required.

                                      Respectfully,

                                      /s/ *Stacey X. Stewart*

                                      Stacey X. Stewart, ID. 4667
                                      Deputy Attorney General

cc:      Stephen Neuberger, Esquire (via e-file)