# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

THOMAS S. NEUBERGER, ESQUIRE  
STEPHEN J. NEUBERGER, ESQUIRE  
RAEANN WARNER, ESQUIRE

WWW.NEUBERGERLAW.COM  
EMAIL: INFO@NEUBERGERLAW.COM

PHONE: (302) 655-0582  
FAX: (302) 655-9329

July 22, 2008                                                                                          **Via CM/ECF Filing**

The Honorable Joseph J. Farnan, Jr.  
U.S. District Court for the District of Delaware  
844 N. King Street  
Wilmington, DE 19801

RE:   **Balas v. Taylor, et al.,** C.A. No. 06-592-JJF  
      **Motions in Limine**

Dear Judge Farnan:

I submit this letter on behalf of both plaintiff and the defense. The parties have conferred and for scheduling reasons, respectfully request that the following be used as the due dates for the Motion in Limine Answering Briefs and Reply Briefs:

- August 1, 2008 - Answering Briefs due
- August 15, 2008 - Reply Briefs due

Attached is a proposed order reflecting these dates.

I am at the Court's disposal to address these matters further.


Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:    Stacey Stewart, Esquire (via CM/ECF)

Balas \ Letters \ Farnan.05.final

# Ex. A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CINDY L. BALAS a/k/a CINDY L. ADKINS,** Executrix of the Estate of **CORPORAL JOHN J. BALAS,** | : : : : |
| **Plaintiff,** | : : |
| v. | : C.A.No. 06-592-JJF : |
| **STANLEY W. TAYLOR, JR.,** individually and in his official capacity as the Commissioner of Correction; **ALAN MACHTINGER,** individually and in his official capacity as the Director of Human Resources of the Department of Correction; **MICHAEL DELOY,** individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; **CAPTAIN DAVID WILKINSON,** individually; **LIEUTENANT TRUMAN MEARS,** individually; and **DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE,** | : : : : : : **Jury Trial Demanded** : : : : : : : : : |
| **Defendants.** | : |

### ORDER

IT IS HEREBY ORDERED that the Answering Briefs for the Motions in Limine are due August 1, 2008, and the Reply Briefs are due August 15, 2008.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
**THE HONORABLE JOSEPH J. FARNAN JR.**