IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS, Executrix of the Estate of CORPORAL JOHN J. BALAS, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A.No. 06-592-JJF |
| STANLEY W. TAYLOR, JR., individually and in his official capacity as the Commissioner of Correction; ALAN MACHTINGER, individually and in his official capacity as the Director of Human Resources of the Department of Correction; MICHAEL DELOY, individually and in his official capacity as Deputy Warden of Sussex Correctional Institution; CAPTAIN DAVID WILKINSON, individually; LIEUTENANT TRUMAN MEARS, individually; and DEPARTMENT OF CORRECTION OF THE STATE OF DELAWARE, | : : : : : : : : : : : : : : | Jury Trial Demanded |
| Defendants. | : | |

### ORDER

IT IS HEREBY ORDERED that the Answering Briefs for the Motions in Limine are due August 1, 2008, and the Reply Briefs are due August 15, 2008.

IT IS SO ORDERED this __25__ day of __July__, 2008.

_____
THE HONORABLE JOSEPH J. FARNAN JR.