IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CINDY L. BALAS a/k/a CINDY L. ADKINS, Executrix of the Estate of CORPORAL JOHN J. BALAS, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 06-592 JJF |
| STANLEY W. TAYLOR, JR., individually and in his official capacity as the Commissioner of Correction, et al., | : : : : : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**O R D E R**

At Wilmington, this 29 day of July 2008, for the reasons discussed in the Memorandum Opinion issued this date;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Partial Summary Judgment (D.I. 57) is **GRANTED in part**, insofar as the Court decides as a matter of law that Cpl. Balas's conduct conferred protected status under the First Amendment, and **DENIED in part,** insofar as the Court denies summary judgment on the remaining elements of Plaintiff's retaliation claim;

2. Defendants' Motion For Summary Judgment (D.I. 54) is **GRANTED in part**, insofar as the Court decides as a matter of law that the DOC is improperly joined in this action and grants summary judgment with respect

Defendants Taylor, Machtinger, Wilkinson, Deloy, and the DOC, and **DENIED in part,** insofar as the Court decides as a matter of law that Defendant Mears is not entitled to qualified immunity and denies summary judgment on the remaining elements of Plaintiff's retaliation claim.

                                                        /s/ Joseph J. Farnan, Jr.
                                                UNITED STATES DISTRICT JUDGE