# THE NEUBERGER FIRM

### ATTORNEYS AND COUNSELORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

PHONE: (302) 655-0582
FAX: (302) 655-9329

August 13, 2008

<u>**Via CM/ECF Filing**</u>

The Honorable Joseph J. Farnan
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

RE:    **<u>Balas v. Mears,</u>** C.A. No. 06-592-JJF (D.Del.)

Dear Judge Farnan:

Pursuant to the Court's order in the pretrial conference, the parties have conferred on the jury questionnaire which is attached and various changes have been adopted. However, the defendants continue to object to the volume of questions as simply impractical because it is too much to expect from a typical juror. In terms of an objection on grounds of invading personal privacy, the defense would point to questions 54, 56, 62, 63, 65-68, 75-85, 95, 121, and 122. The defense also believes that many questions are repetitive and consist of matters that would best be handled by the Court at sidebar. The defense believes that a more realistic target would be fifty questions.

I am at the Court's disposal to address these matters further.

Respectfully submitted,


/s/ Thomas S. Neuberger

Attorney for Plaintiff

Encl.

cc:    Ralph Durstein, Esquire (via CM/ECF)
       Stacey Stewart, Esquire (via CM/ECF)

Balas \ Letters \ Farnan.06.wpd

**BALAS V. MEARS**
*Jury Questionnaire*

**PLEASE READ CAREFULLY**

This questionnaire is designed to obtain information regarding your qualifications to sit as a juror in a civil case. It s extremely important for you to answer the questions honestly and completely. There are no "right" or "wrong" answers.

Complete answers are far more helpful than incomplete answers because they make additional oral questioning by the court unnecessary. If you need additional space to complete an answer, please use the extra sheet at the back of this questionnaire. Please do <u>not</u> write on the *backs* of the pages.

Some of these questions call for personal information. If you feel any question invades your right to privacy or is embarrassing to you, you may simply write "confidential" in the space provided. The court will then give you an opportunity to answer that question in private with court and the attorneys present. These questionnaires are private and will be used for this trial only. They will not be released to the general public. The court will do everything legally possible to protect your privacy.

This questionnaire is part of the jury selection process and, therefore, you must answer all questions. You must fill out the form by yourself, without help from any person other than a court aide. You are not to discuss the questions or answers with anyone else at any time, unless directed to do so by the court.

If you are selected as a juror on this case, you will be instructed by the court not to discuss *anything* connected with the case with anyone, including your family and close friends. The only exceptions are: You may inform your family and employer of the name and place of this trial, and your time requirements as a juror. Beyond this information, you must not discuss *anything* about ths case with *anyone.*

Finally, you are directed not to read any newspapers, watch any television reports, or listen to any radio reports about ths case. Do not allow anyone to discuss with you any of the subjects mentioned above.

Your full cooperation is appreciated.

Thank you

The Honorable Joseph J. Farnan
Judge of the U.S. District Court

1

*Please Print*

1. _____
   Last Name:                    Middle Initial:                    First Name:

2. How long have you lived in Delaware?_____

3. What is your current address?_____
   _____
   _____

4. How long have you lived at your current residence?_____

5. Age:_____                    Sex:_____


**Family:**

6. Please put a check [x] next to your marital status:

   Single [ ]              Married [ ]              Separated [ ]

   Divorced [ ]            Widowed [ ]              Living with significant other [ ]

7. If married, how long have you been married?_____

8. If living with a significant other, how long have you lived with this
   person?_____

9. If married or living with another person, what is the other person's job description and
   educational background?

   _____

10. If he or she is retired or unemployed, what was his/her occupation before retiring or
    being
    unemployed?_____

11. List age, sex, occupation and marital status of your children and step children, if any:

    Age    Sex         Occupation              Marital Status
    ___    ___    _____     _____
    ___    ___    _____     _____
    ___    ___    _____     _____
    ___    ___    _____     _____

2

\_\_\_\_    \_\_\_\_    _____    _____

12.    What are/were your parents' occupations:

Father:_____        Mother:_____

13.    Please list each person living with you:

| Relationship | Age | Gender | Occupation |
|---|---|---|---|
| _____ | \_\_\_\_ | \_\_\_\_ | _____ |
| _____ | \_\_\_\_ | \_\_\_\_ | _____ |
| _____ | \_\_\_\_ | \_\_\_\_ | _____ |
| _____ | \_\_\_\_ | \_\_\_\_ | _____ |
| _____ | \_\_\_\_ | \_\_\_\_ | _____ |
| _____ | \_\_\_\_ | \_\_\_\_ | _____ |

14.    What is the approximate total income of your household? $_____ per year

15.    Have you or anyone in your family suffered from depression, anxiety, or any other emotional disorder?  Yes [ ] No [ ] If so, who?

_____

16.    Is there a history of a suicide in your family, or has a close family member committed suicide? YES [ ] NO [ ] If so, who?_____

_____

**Education/Training**

17.    Please put a [x] after the education completed by you:

Elementary School [ ]        Junior High School [ ]        High School [ ]

College [ ]            Post Graduate [ ]

18.    Please list all institutions you attended, degrees/certificates/licenses received and major

areas of study:

Institution                Degree/Certificate/Licenses        Major Area of Study

_____         _____         _____

_____         _____         _____

_____         _____         _____

_____         _____         _____

_____         _____         _____

19.    Is English Your Native Language?  YES [ ] NO [ ]

20.    Have you or any of your close friends or relatives ever studied or received training in
       medicine, nursing, psychology, psychiatry, sociology, social work or counseling?
       YES [ ] NO [ ] If yes, please explain

_____

_____

21.    Have you or any of your close friends or relatives ever received any training in law
       enforcement, criminal justice, the prison corrections system, or the legal system? YES [ ]
       NO [ ] If yes, please explain:

_____

_____

22.    Do you or any of your close friends or relatives have any experience or training in the
       area of human resources involving employment discrimination, civil liberties or civil
       rights discrimination issues?  YES [ ] NO [ ] If yes, please explain:

_____

_____

23.    Do you have any areas of particular specialized knowledge or expertise not previously
       described in response to the above education/training questions? YES [ ] No [ ] If yes,
       please explain:

_____

_____

24.    Do you have educational plans for the future?  YES [ ] NO [ ] If yes, please explain:

_____

_____

25.  Have you served in the Armed Forces?  YES [ ] NO[ ] If yes, please explain your rank, branch and duties, and the nature of your discharge/separation:

_____

_____

**EMPLOYMENT IF CURRENTLY EMPLOYED:**

26.    What is your present job, profession or occupation? _____

27.    Is it a full or part time position?_____

28.    By whom are you employed?_____

29.    If you currently own your own business, what is the name and nature of your business?

_____

30.    Do you have a side business?  YES [ ] NO [ ] If so what are the nature and name of the side business?

_____

31.    Length of current employment?_____

32.    What are your duties and responsibilities? _____

_____

33.    Do you supervise or employ others?  YES [ ] NO [ ] If yes, how many people do you supervise or employ?_____

34.    What is the nature of your supervisory responsibilities? _____

_____

35.    How do you feel about supervising others?  About firing or disciplining employees?

_____

_____

36.    Do you or have you made policy decisions?  YES [ ] NO [ ] If yes, how do you feel about
       the responsibility?  What sorts of policy decisions do you make?

_____

_____

37.    Have you ever had the authority to hire, fire, promote, discipline, and/or fire employees?
       YES [ ] NO [ ]

38.    Have you ever had to hire, fire, promote or discipline someone in the workplace?
       YES [ ] NO [ ]

39.    Have you ever been denied a promotion that you were qualified for?  YES [ ] NO [ ]

40.    Have you ever filed a grievance or charge of discrimination? YES [ ] NO [ ]

41.    Have you ever participated in the denial of a promotion to someone on the job?
       YES [ ] NO [ ]

42.    Have you ever been disciplined on the job for speaking out?
       YES [ ] NO [ ]

43.    Have you ever disciplined a subordinate on the job for speaking out ?
       YES [ ] NO [ ]

44.    If you are considering a career change, please describe:

_____

_____

45.    Since completing your highest level of education have you ever been out of work for

more than three months? YES [ ] NO [ ] If so, why?

_____

_____

46.    Have you ever been self employed? YES [ ] NO [ ] If so what was the name and nature of your business? _____

**IF NOT CURRENTLY EMPLOYED**

47.    What was your last job or occupation?_____

49.    By whom were you employed? _____

50.    When did you cease your previous employment?
       _____

51.    Why did you cease your previous employment?
       _____

52.    Did you supervise others? YES [ ] NO [ ] If so, how many?_____

53.    How did you feel about supervising others? _____

_____

54.    Did you make policy decisions? YES [ ] NO [ ] If yes, what sorts of policy decisions did you or do you make and how did you feel about this responsibility?

_____

_____

55.    Did you have the authority to hire, promote, discipline or fire employees?  YES [ ] NO [ ]

56.    If you are considering a job or a career change, please describe:

_____

_____

7

**PREVIOUS EMPLOYMENT:**[The next set of questions apply to employment *before* your most recent job or last job, or the job from which you retired.]

57.    What was your previous job, profession or occupation?

_____

58.    Full or part time? _____

59.    By whom were you employed? _____

60.    Length of previous employment? _____

61.    When did you cease your previous employment? _____

62    Why did you cease that employment?
       _____

63.    What were your duties and responsibilities? _____

_____

_____

_____

64.    Did you supervise others?  YES [ ] NO [ ] If yes, how many? _____

65.    Please list all additional previous occupations (full or part time) you have held in the last 25 years:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**PERSONAL:**

66.    What do you enjoy doing in your spare time? (e.g., crafts, hobbies, hunting, sports, etc.)

_____

_____

_____

67.    Do you do volunteer work? YES [ ] NO [ ] If yes, please describe:

_____

_____

68.     To what clubs, organizations or youth groups do you belong or work with?

_____

_____

69.    Have you ever been a member of a Union?  If yes, which Union and when?
       _____

_____

70.    If you were a member of a Union, have you ever participated in a strike? Yes [ ] No [ ] If
       yes, when and why? _____

_____

71.    Are you registered to vote? YES [ ] NO [ ]

72.    When was the last election in which you voted?
_____

73.    Are you familiar with the Delaware Department of Corrections? YES [ ] NO [ ]

74.    Were you aware of any job related activities by DOC employees that have taken place in recent years? Yes [ ] No [ ] Please explain:

_____

_____

75.    Which magazines or types of books do you read on a regular basis? _____

_____

_____

76.    What books in your lifetime have been important to you? _____

_____

77.    What current affairs/events have you been following? _____

_____

_____

_____

_____

_____

_____

78.    What are your thoughts on these topics? _____

_____

_____

_____

10

_____

_____

_____

_____

79.     What bumper stickers (not including parking permits) do you have on your car?

_____

_____

80.     Do you watch TRU (formerly Court) TV?  YES [ ] NO [ ] If so, how often? _____

81.     Do you read a newspaper on a regular basis? YES [ ] NO [ ]

82.     How frequently? _____     Which newspaper(s)?_____

83.     What are your favorite sections? _____

84.     Do you watch the nightly news on a regular basis? YES [ ] NO [ ]

85.     How frequently? _____     Which Station(s)? _____

86.     Are you acquainted with any judges or attorneys? YES [ ] NO [ ]

87.     If yes, please provide the following information:

| Name | Position | Relationship | How You Came to Know Them |
|------|----------|--------------|---------------------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

11

88.   Do you have any reason to favor or disfavor attorneys who represent plaintiffs?
      YES [ ] NO [ ] If yes, please explain:

_____

_____

_____

_____

89.   Do you have any reason to favor or disfavor attorneys who represent defendants,
      employers, corporations or the government?  YES [ ] NO [ ] If yes, please explain:

_____

_____

_____

_____

90.   Do you have a belief that lawyers are less likely or more likely to tell the truth than the
      average person?  Less Likely [ ]        More Likely [ ]        Neither [ ]

      Please explain

_____

_____

_____

91.   Other than judges and attorneys, do you have any friends or relatives involved in law
      enforcement, prison corrections or the legal profession(including paralegal, law students,
      court personnel, and employees of law offices)?  YES [ ] NO [ ] If yes, please explain:

_____

_____

12

92.    Have you, a family member or close friend, ever been an employee of any agency of the State of Delaware?  YES [ ] NO [ ] If yes, please explain:

_____

_____

_____

93.    Have you, a family member or a close friend ever been an employee of the Department of Corrections? YES [ ] NO [ ]

94.    Have you or any of your close friends or relatives felt that you were a victim of retaliation because of statements made in connection with work or labor issues? YES [ ] NO [ ] If yes, please describe the circumstances:

_____

_____

_____

_____

_____

95.    What events (recent or historical) have impacted your view of the courts or justice system and what effect has the event or events had? _____

_____

_____

_____

96.    Do you feel that you have ever been treated unfairly by an employer?  YES [ ] NO [ ] If yes, please explain:

_____

_____

97.     Have you a family member or any close friend or relative ever been terminated from a job under circumstances which you felt were unfair? YES [ ] NO [ ] If yes, please explain:

_____

_____

_____

98.     Would that experience affect your ability to fairly and impartially sit as a juror in this case?  YES [ ] NO [ ] If yes, please explain why and how:

_____

_____

_____

99.     Have you or any of your close friends or relatives ever been a plaintiff or a defendant [or any other party] in a lawsuit involving employment or civil liberties or civil rights? YES [ ] NO [ ]  If so, what was your/his/her role in that matter? [Example: employee, employer, witness, defendant or some other role/party?]

_____

_____

_____

100.    If yes, describe the facts and circumstances of the case:
        _____

_____

_____

101.    When did the events at issue take place? _____

102.    When and how was the matter resolved? _____

_____

103. Was the case settled or resolved by agreement of the parties?  YES [ ] NO [ ]

104. Was there a trial?  YES [ ] NO [ ]

105. If so, did you attend any portion of the trial?  YES [ ] NO [ ]

106. If you answered YES to question #103, do you feel that the result was fair to the employer? YES [ ] NO [ ] To the employee YES [ ] NO [ ] Please explain:

_____

_____

_____

_____

107. Have you or any members of your family ever been a party to any type of action, either civil or criminal with the Delaware Department of Corrections? YES [ ] NO [ ] If yes, please explain: _____

_____

_____

108. If yes, describe the facts and circumstances of the case:
_____

_____

_____

109. When did the events at issue take place?_____

110. When and how was the matter resolved? _____

_____

_____

111. Was the case settled or resolved by agreements of the parties? YES [ ] NO [ ]

112.    Was there a trial?  YES [ ] NO [ ]

113.    If so, did you attend any portion of the trial?  YES [ ] NO [ ]

114.    If you answered YES to question  #111, do you feel the result was fair? YES [ ] NO [ ]

115.    Have you or any members of your family ever been a party to any type of action, either civil or criminal? YES [ ] NO [ ] If yes, please explain:

_____

_____

_____

116.    If yes, describe the factual circumstances of the case: _____

_____

_____

_____

117.    Do you have any strong feelings about the Justice system? YES [ ] NO [ ] If yes, please explain:

_____

_____

_____

118.    Would that experience affect your ability to fairly and impartially sit as a juror in ths case? YES [ ] NO [ ] if yes, please explain why and how:

_____

_____

_____

_____

**MISCELLANEOUS**

119.    Have you or any of your close friends or relatives ever participated in any group or organization involving the rights of employees?  YES [ ] NO [ ] If yes, what group(s)?

Group Name                          Purpose                          Participation level/Activities

_____

_____

_____

_____

_____

120.    Have you, or anyone close to you, ever participated in any group or organization involving the rights or obligations of employers, businesses or corporations?  YES [ ] No [ ] if yes, please describe.

Group Name                          Purpose                          Participation level/Activities

_____

_____

_____

_____

_____

121.    Have you, or anyone close to you, ever participated in any group or organization involving the abolition of a specific law or the adoption of a new law? YES [ ] NO [ ]

122.    Are there any laws with which you disagree? YES [ ] NO [ ] If yes, please describe:

_____

_____

123.    Do you believe vocal employees are treated differently than non vocal employees?
        YES [ ]        NO [ ]
        Please explain your answer:

_____

_____

_____

124.    Do you believe vocal employees are treated better on the job than non vocal employees?
        YES [ ]        NO [ ]
        Please explain your answer:

_____

_____

_____

125.    Are you aware of any local or national employment or civil rights cases that were highly
        publicized? YES [ ] NO [ ] If yes, what was the event and what was the source of your
        information?

_____

_____

_____

_____

126.    To what extent, if any, have you discussed any of these cases with family members,
        friends, co-workers or acquaintances?

_____

_____

_____

_____

127.   What is your opinion about the way these cases were handled by the judicial system?

_____

_____

_____

128.   Do you believe that this country does not need to have any laws regarding discrimination or retaliation in the workplace?  YES [ ] NO [ ] If yes, please explain: _____

_____

_____

_____

_____

129.   Do you believe that the laws in this country regarding discrimination in the workplace ought to be tightened?  YES [ ] NO [ ] if yes, please explain _____

_____

_____

_____

130.   Do you feel that an employer looking to find fault with an employee can discover mistakes by any employee?  YES [ ] NO [ ] If yes, please explain_____

_____

_____

_____

131.   Have you, a family member or close friend ever accused someone, or been accused of discrimination or retaliatory conduct? YES [ ] NO [ ] if yes, please explain:

_____

_____

132.   Would your attitudes about employee/employer rights influence you to favor ether the plaintiff/employee or the defendant/employer before hearing all of the evidence in ths case?  YES [ ] NO [ ] If yes, please explain:

_____

_____

_____

_____

133.   Do you feel you can be a fair and partial juror?  YES [ ] NO [ ] If not, why not?

_____

_____

_____

_____

134.   Do you have any strong feelings about lawsuits in general? YES [ ] NO [ ]

135.   Do you believe a person who brings a lawsuit should win it? YES [ ] NO [ ]

136.   Do you believe a person who defends a lawsuit should win it?  YES [ ] NO [ ]

137.   Please explain your answers to questions # 134, 135, 136.

_____

_____

_____

_____

_____

138.   Do you believe that a lawsuit is not the proper method for resolving disputes?
            YES [ ]  NO [ ]

139.    This is a case of alleged discrimination and alleged retaliation based on the deceased plaintiff John J. Balas' resignation from a special unit in the Department of Corrections in support of his fellow union members which it is claimed ultimately led to his suicide. The plaintiff John J. Balas' estate charges he was allegedly retaliated against because of his actions and the retaliation caused depression and ultimately his suicide. Would the subject matter of this case affect your ability to render a fair and impartial verdict? YES [ ] NO [ ]

140.    Would you hesitate to return a verdict for the plaintiff and against the defendant in this case if the evidence shows that the defendant retaliated against the defendant because he participated in a symbolic resignation to support his fellow union members?
        YES [ ] NO [ ]

141.    Do you know of any other matter which you believe should be called to the court's attention as having some bearing on your qualifications or ability to sit as a juror, which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and the Court's instructions as to the law?
        YES [ ] NO [ ]
        If yes, please explain:

_____

_____

_____

_____

142.    Are you, a family member or a close friend related to or personally acquainted with the plaintiff John J. Balas or his widow Cindy L. Balas Adkins? YES [ ] NO [ ]

143.    Are you, a family member or close friend related to or personally acquainted with any of the defendants Truman Mears? YES [ ] NO [ ]

144.    Are you, a family member or close friend related to, or personally acquainted with, Mr. Thomas S. Neuberger, Mr. Stephen J. Neuberger, Mrs. Stacey X. Stewart or Mr. Ralph Durstein III, or have you ever been represented by them? YES [ ] NO [ ]

145.    Do you have any personal knowledge of this case, or have you read or heard, discussed, or have an opinion regarding it? YES [ ] NO [ ]

146.    Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?        YES [ ] NO [ ]
        If yes, please explain:

21

_____

_____

_____

_____

147.    At the end of this questionnaire is a list of potential witnesses in this case. Do you know, or have you heard of any of these potential witnesses? YES [ ] NO [ ]
If yes, please list each person and describe your knowledge of them.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**WITNESS LIST**

Truman Mears

David Wilkinson

Michael Deloy

Jeff Foskey

Allen Adams

Heath Shockley

David West

Dennis Murray

Harry Hastings

Jon Mumford

Scott Bradley

Cindy Adkins

Thomas C. Borzilleri, Ph.D.

Carol A. Tavani, M.D.

Henry Purnell,

David Knight

Wilbur Justice,

Uday Jani.

Paul Peet, M.D.

Alan Machtinger

Stan Taylor, DOC

Arthur Lee Mears

Jennifer Weldon

John B. Mitchell

Neil S. Kaye, M.D

Robert Hudson

Richard Kearney

Stanley Taylor

## EXPLANATION SHEET

If you feel that in the spaces provided, you were unable to sufficiently answer any
particular question, please use this area to provide that information.  Please include the
question number with your explanation.

Thank you very much for your cooperation.


_____        _____
Your Signature                                            Date